FILED
U.S. DISTRICT COURT
NORTHERN DIST. OF TX.
FT WORTH DIVISION

2005 MAY 27 PM 12: 39

CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HON. ELAINE L. CHAO, | § | |
| SECRETARY, UNITED STATES | § | |
| DEPARTMENT OF LABOR, | § | |
| Plaintiff, | § | CIVIL NO. 4-05CV-338 Y |
| | § | |
| v. | § | |
| | § | |
| ALLIED PILOTS ASSOCIATION, | § | |
| Defendant. | § | |

# COMPLAINT

Plaintiff, Elaine L. Chao, Secretary, Department of Labor alleges as follows:

## NATURE OF THE ACTION

1. Plaintiff brings this action under Title IV of the Labor-Management Reporting and Disclosure Act of 1959, as amended (Act of September 14, 1959, 73 Stat. 519, et seq., 29 U.S.C. §§ 481-484, hereinafter referred to as "LMRDA" or "the Act").

## JURISDICTION AND VENUE

2. This Court has jurisdiction over this action pursuant to 29 U.S.C. § 482(b).

3. Venue lies in this district pursuant to 28 U.S.C. § 1391(b) and 29 U.S.C. § 482(b).

## PARTIES

4. Plaintiff, Elaine L. Chao (Chao), is the duly appointed Secretary of Labor, United States Department of Labor. Chao is authorized to bring this action under section 402 of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29

**Complaint - Page - 1**

U.S.C. § 482(b)).

5. Defendant, Allied Pilots Association (APA), is a national labor organization, and at all times relevant to this action has been an unincorporated association maintaining its principal office at 14600 Trinity Boulevard, Suite 500, City of Fort Worth, County of Tarrant, State of Texas, within the jurisdiction of this Court. APA can be served with process at the above business address.

## FACTUAL ALLEGATIONS

6. The APA is a national labor organization engaged in an industry affecting commerce within the meaning of sections 3(i), 3(j) and 401(a) of the Act (29 U.S.C. §§ 402(i), 402(j) and 481(a)), at all times material to this cause of action.

7. The APA, purporting to act pursuant to its Constitution and Bylaws, conducted an election of officers on June 22, 2004, which election was subject to the provisions of Title IV of the Act (29 U.S.C. §§ 481-484).

8. By letter dated July 1, 2004, to the national's appeal board, the complainant, Mark L. Hunnibell (Hunnibell), a member in good standing of the APA, protested the APA's election.

9. By decision dated September 16, 2004, the Appeal Board denied the protest.

10. Having exhausted the internal remedies available, and having received a final decision, Hunnibell filed a timely complaint with Chao, the Secretary of Labor on October 15, 2004, in accordance with section 402(a)(1) of the Act, 29 U.S.C. § 482(a)(1).

11. By a series of letters dated October 27, 2004, December 20, 2004, March 1, 2005, April 7, 2005, and April 22, 2005, the APA agreed that the time within which Chao may bring suit with respect to the APA's election be extended to May 27, 2005.

12. Pursuant to section 601 of the Act (29 U.S.C. § 521), and in accordance with section 402(b) of the Act (29 U.S.C. § 482(b)), Chao investigated the complaint and, as a result of the facts shown by her investigation, found probable cause to believe that violations of Title IV of the Act (29 U.S.C. §§ 481- 484) had occurred in the conduct of the APA's June 22, 2004, election that may have affected the outcome of the election and that had not been remedied at the time of the institution of this action.

## COUNT 1
## VIOLATION OF THE ACT: SECTION 401(a)

13. Section 401(a) of the Act (29 U.S.C. § 481(a)) was violated during the conduct of the aforesaid election when the APA failed to hold the election by secret ballot in that members cast their votes over the Internet in such a manner that the voters and their individual ballot choices could have determined.

14. The violation of section 401(a) of the Act (29 U.S.C. §§ 481(a)) found and alleged above, may have affected the outcome of the APA's election for the offices of President, Vice President, and Secretary-Treasurer.

## PRAYER FOR RELIEF

Chao, therefore, requests this Court:

(a) Declare the APA's election for the offices of President, Vice President, and Secretary-Treasurer to be null and void;

**Complaint - Page - 3**

(b) Direct the APA to conduct new elections for such offices, under the supervision of Chao;

(c) For the costs of this action; and

(d) For such other relief as may be appropriate.

       Respectfully submitted,

       PETER D. KEISLER
       ASSISTANT ATTORNEY GENERAL

       RICHARD B. ROPER
       UNITED STATES ATTORNEY

       _____
       Tami C. Parker
       Assistant United States Attorney
       Texas State Bar No. 24003946
       Burnett Plaza, Suite 1700
       801 Cherry Street, Unit 4
       Fort Worth, Texas 76102
       Telephone: 817.252.5200
       Facsimile: 817.978.6351
       Attorneys for the Plaintiff

OF COUNSEL:

| | |
|---|---|
| HOWARD M. RADZELY<br>Solicitor of Labor | EVAN H. NORDBY<br>Attorney |
| KATHERINE E. BISSELL<br>Associate Solicitor, Civil Rights<br>and Labor-Management Division | U.S. Department of Labor |
| SHARON E. HANLEY<br>Counsel for Labor-Management Programs | |

JS 44 (Rev. 3/99) **CIVIL COVER SHEET** **ORIGINAL**

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

U.S. DIST. OF TX.
FORT WORTH DIVISION
2005 MAY 27 PM 12:41
CLERK OF COURT

**I. (a) PLAINTIFFS**
HON. ELAINE CHAO, DEPARTMENT OF LABOR

**(b)** County of Residence of First _____
(EXCEPT IN U.S. PLAINTIFF CASES)

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Tami C. Parker, Assistant United States Attorney
801 Cherry Street, Unit No. 4, Burnett Plaza Suite 1700
Fort Worth, Texas 76102-6882
Telephone: 817.252.5200; FAX 817.978.6351

**DEFENDANTS**
ALLIED PILOTS ASSOCIATION

**4-05CV-338 Y**

County of Residence of First Listed TARRAMT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)
James & Hoffman
1101 17th Street NW, Ste. 510
Washington, DC 20536-4704
Telephone: 202.496.0500; FAX: 202.496.0555

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

X 1 U.S. Government Plaintiff
☐ 2 U.S. Government Defendant
☐ 3 Federal Question (U.S. Government Not a Party)
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | X 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury— | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | ☐ 423 Withdrawal | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury — | of Property 21 USC | 28 USC 157 | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 820 Copyrights | Corrupt Organizations |
| 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 830 Patent | ☐ 810 Selective Service |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | ☐ 840 Trademark | ☐ 850 Securities/Commodities/ |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | Exchange |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | | | ☐ 891 Agricultural Acts |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 892 Economic Stabilization Act |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 893 Environmental Matters |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 895 Freedom of |
| | | | X 730 Labor/Mgmt Reporting | ☐ 865 RSI (405(g)) | Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | & Disclosure Act | | ☐ 900 Appeal of Fee Determination |
| ☐ 220 Foreclosure | 442 Employment | Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | Under Equal Access to |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | Habeas Corpus: | | ☐ 870 Taxes (U.S. Plaintiff | Justice |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 950 Constitutionality of |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | State Statutes |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 890 Other Statutory Actions |
| | | ☐ 550 Civil Rights | Security Act | 26 USC 7609 | |
| | | ☐ 555 Prison Condition | | | |

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

X 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Title IV of the Labor-Management Reporting and Disclosure Act. Violation of the Act, when Defendant failed to hold a secret ballot election for Officers

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☐ Yes ☐ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE _____ DOCKET NUMBER _____

DATE May 27, 2005
SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUN _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____