IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

_____

| | | |
|---|---|---|
| HON. ELAINE L. CHAO, | § | |
| SECRETARY, UNITED STATES | § | |
| DEPARTMENT OF LABOR, | § | |
| Plaintiff, | § | |
| | § | CIVIL NO. 4-05-CV-338-Y |
| v. | § | |
| | § | |
| ALLIED PILOTS ASSOCIATION, | § | |
| Defendant. | § | |

## APPENDIX TO PLAINTIFF'S BRIEF
## IN SUPPORT OF SUMMARY JUDGMENT

        Respectfully Submitted,

        RICHARD B. ROPER
        UNITED STATES ATTORNEY

        s/ Tami C. Parker
        Tami C. Parker
        Assistant United States Attorney
        State Bar No. 24003946
        Burnett Plaza, Suite 1700
        801 Cherry Street, Unit 4
        Fort Worth, Texas 76102-6882
        Telephone: 817.252.5241
        Facsimile:  817.978.6351

## CERTIFICATE OF SERVICE

      I hereby certify that on the 5th day of May, 2006, I electronically filed the foregoing Appendix to Brief in Support of Motion for Summary Judgment with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing (ECF) system of the Court.  The electronic case filing system sent a Notice of Electronic Filing to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

SANFORD R. DENISON
Baab & Denison, LLP
Stemmons Place, Suite 1608
2777 N. Stemmons Freeway
Dallas, TX 75207

EDGAR N. JAMES
STEVEN K. HOFFMAN
DAVID P. DEAN
James & Hoffman, P.C.
1107 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704

                                            s/ Tami C. Parker
                                            Tami C. Parker
                                            Assistant United States Attorney

**INDEX**

| TAB | | PAGE NO. |
|---|---|---|
| 1. | Excerpts from Defendant's Response to Plaintiff's First Set of Request for Production | 001-014 |
| 2. | Excerpts from Deposition of Jeffrey Zaino | 015-053 |
| 3. | Excerpts from Deposition of Jon Ohmann | 054-069 |
| 4. | Excerpts from Deposition of Richard Moyed | 070-088 |
| 5. | Excerpts from Defendant's Response to Plaintiff's First Set of Interrogatories | 089 |
| 6. | Excerpts from Deposition of Mary Alice Cahir | 090-093 |
| 7. | Declaration of Donna Jolyn Underwood | 094-112 |
| 8. | Excerpts from Defendant's Response to Plaintiff's First Set of Request for Admissions | 113 |
| 9. | Excerpts from Defendant's Response to Plaintiff's Second Set of Request for Admissions | 114-116 |
| 10. | *Donovan V. Local Union 887, United Rubber, Cork, Linoleum and Plastic Worker of Am.* | 117-118 |
| 11. | *Reich v. United Mine Workers of America* | 119-125 |