# APPENDIX 1

# Excerpts from Defendant's Response to Plaintiff's First Set of Request for Production

# Page(s) 001-014

# CONSTITUTION AND BYLAWS



HOME OFFICE
14600 Trinity Blvd., Suite 500
Ft. Worth, TX  76155-2512
(817) 302-2272

Ratified and Approved by
Allied Pilots Association Membership
February 16, 2001

Amendment #49, February 16, 2001
Effective: May27, 2001

001



## ARTICLE IX - - NOMINATIONS, ELECTIONS, AND APPOINTMENTS

**Section 1.    Nominations for National Office**  *(01/23/92)*

A.    Any active member in good standing shall be eligible to hold any national office. *(09/24/91)*

B.    No more than six (6) months prior to the date of the National Officer Election, the Secretary-Treasurer shall establish a schedule for the upcoming election. The schedule and a notice of election shall be contained in an Association publication or mailed directly to each member. *(09/24/91)*

C.    Any active member in good standing may nominate him or herself or any other active member in good standing for the office of President, Vice President, or Secretary-Treasurer. To be eligible for nomination, the person to be considered shall execute a statement, in a form provided by the Secretary-Treasurer, that he or she will serve if elected. The person shall also execute the Conflict of Interest Disclosure Form C&B (Appendix B). These acceptance forms shall be included with the notice of election. The name of the nominee and the forms shall be sent to the Secretary-Treasurer by certified mail, return receipt requested. A member may also withdraw his or her nomination at any time prior to the distribution of the ballots by notifying the Secretary-Treasurer in writing. *(amended 02/16/01)*

D.    The Secretary-Treasurer shall cause to be distributed to each active member in good standing a list of persons willing to be considered for nomination. Each member may vote for one (1) person for each office from the list of names provided by the Secretary-Treasurer. An independent disinterested third party shall be responsible for the counting of the nomination ballots. *(amended 02/16/01)*

E.    The three (3) persons who receive the most votes at each domicile for each office shall be considered nominated, and the Secretary-Treasurer shall include their names on the official ballot in alphabetical order. In the event of a tie for the third place, the tied candidates shall be included on the ballot. *(01/23/92)*

002

**Section 2.      National Office Election Procedures** *(01/23/92)*

A.    Subject to the supervision of the Secretary-Treasurer, the independent disinterested third party designated pursuant to Section 1.D. shall also be responsible for the distribution, collection, and counting of the election ballots. The official ballot shall be distributed to all members no less than twenty-one (21) days prior to the date of the vote count. *(amended 02/16/01)*

B.    The most current Status 1 List shall be used to determine the eligibility of a member to vote in the election. *(06/16/93)*

C.    Each ballot and each vote on the ballot cast by an active member in good standing shall be counted provided that the independent third party is able to determine the intention of the voter with sufficient accuracy. Blank ballots and write-in votes shall not be counted. Decisions on whether or how to count a particular ballot or ballots shall be resolved conclusively by the independent third party. *(01/23/92)*

D.    Each candidate is permitted to have an observer at each phase of the election process, subject to the independent third party's policies. The candidate and any active member in good standing designated by the candidate shall be eligible to act as an observer. *(amended 02/16/01)*

E.    The candidate who receives the majority of votes cast for each office shall be deemed elected to that office. The determination of a majority shall be made with respect to each office following the vote count. *(01/23/92)*

F.    In the event that no candidate receives a majority of votes cast for a particular office, the Secretary-Treasurer shall cause a runoff election to be concluded within sixty (60) days of the prior vote count. The ballot in the runoff election shall be limited to the two (2) candidates who received the greatest number of votes. In the event of a tie in a runoff election, one (1) candidate shall be eliminated by the drawing of lots. *(01/23/92)*

**Section 3.      Terms of National Office and Vacancies** *(01/23/92)*

A.    Effective with the election of the National Officers for the term beginning July 2001, the term of office for the President, Vice President, and Secretary-Treasurer shall be three (3) years and shall commence on the first day of July, and continue for three (3) years or until he or she is re-elected or a successor has been elected and assumes office in accordance with this Constitution and Bylaws. *(09/29/00)*

B.    In the event of a vacancy in the office of the President, the Vice President shall assume the office and the duties of the President if the unexpired term is twelve (12) months or less. If the unexpired term is more than twelve (12) months, an election shall be held to fill the vacancy. The Vice President, in the interim, shall assume the <u>duties</u>, but not the <u>office</u>, of the President until the successor has been elected and assumes office in accordance with this Constitution and Bylaws. *(10/14/98)*

003

limit. In order to ensure the Board of Directors always remains fully constituted, a Duly Designated Representative will be appointed to temporarily fill a vacant seat on the Board of Directors until such time as the appropriate election process is concluded. If the vacancy is created as a result of a resigning or retiring Domicile Officer, the resigning or retiring Domicile Officer will appoint the Duly Designated Representative prior to resigning or retiring. If the vacancy is created by other means, or if the resigning or retiring Domicile Officer fails to appoint a Duly Designated Representative, the remaining Domicile Officer will appoint the Duly Designated Representative. If there is no other Domicile Officer to make the appointment, the President will appoint a pilot from the domicile to be the Duly Designated Representative. *(02/25/99)*

C.   In the event of a vacancy in the office of Domicile Chairman or Vice Chairman, if the unexpired term is more than six (6) months, an election shall be held to fill the vacancy utilizing the procedures specified in Section 4 of this Article IX. If the unexpired term is six (6) months or less, an election shall be held at a domicile meeting provided that a notice is mailed to each domicile member at least twenty (20) days prior to the election informing the member of the date, time, and place of the election and a listing of the office or offices to be filled. *(04/24/92)*

D.   When a Domicile loses eligibility for a Vice Chairman because the number of active members in good standing at the Domicile fall below the number required by Article II, Section 5.A. of the Constitution and Bylaws, the following will apply:

Effective with the date that the status falls below that required, the Secretary-Treasurer shall notify the Chairman and Vice Chairman of the affected Domicile that the Domicile has become ineligible for a Vice Chairman representative until such time as the active members in good standing increases to the required number. If the active membership increases to the required number, the Vice Chairman will be reinstated for the remainder of the elected term. If the elected term is expired, there will be an election according to Article IX, Section 4. *(01/26/95)*

## Section 6.   Election Appeals

A.   The Article VII Appeal Board shall also serve as the Association's internal election appeal body. The Appeal Board shall consider all complaints, protests, or appeal concerning APA elections received in writing from any member in good standing provided they have been received by the Appeal Board within ten (10) days after the later of the completion of the election or the run-off election. Complaints may not be filed prior to the conclusion of an election. The Appeal Board shall issue its written finding or decision as soon as practicable within sixty (60) days of receipt of a written protest, complaint, or appeal. *(06/16/93)*

004

| ID | Name | Q1 | Q1Cmt | Q2 | Q2Cmt | Q3 | Q3Cmt | Q3a |
|----|------|----|-------|----|-------|----|-------|-----|
| 8151 | Stephen Balogh | Yes | | Yes | | No | | No |
| 9681 | Robert Lines | Yes | | Yes | | Yes | | No |
| 9936 | Ken Clark | Yes | | Yes | | Yes | my choices, and make sure my vote was for | Yes |
| 10016 | Michael Braun | Yes | | Yes | | Other | I do not remember | Other |
| 10318 | Peter Bruder | Yes | | Yes | | Yes | | Yes |
| 13088 | Nelson Balcar | Yes | | Yes | | Other | I may have but I don't recall. | Other |
| 13387 | Gary Bell | Yes | | Yes | | Yes | log in the first time. USER ERROR | Yes |
| 13671 | Russell Dennis | Yes | | Yes | | Other | May have to check my vote and get a copy of | Other |
| 16945 | James Webber | Yes | | Yes | | Yes | I could not remeber if I had voted. | Yes |
| 17745 | Jimmy Walton | Yes | | Yes | | Yes | | No |
| 17826 | Donald Holt | Yes | | Yes | | No | | No |
| 18096 | Richard Slack | Yes | | Yes | | No | | No |
| 18213 | Douglas Furlong | Yes | | Yes | | Other | Don't remember | Other |
| 26008 | Charles Morton | Yes | | No | | No | | No |
| 26305 | Charles Mohler | Yes | | Yes | | No | | No |
| 26403 | Ronald Minter | Yes | | Yes | | Yes | change vote | Yes |
| 26878 | Shawn Hilvers | Yes | | Yes | | No | | No |
| 40281 | Robert Perina | Yes | | Yes | | No | Maybe returned to double check results | No |
| 40748 | Carl Mennie | Yes | | Yes | | Yes | | Yes |

005

| | | | | | |
|---|---|---|---|---|---|
| 41334 | Randal Popiel | Yes | Yes | Yes | No |
| 49914 | John Seski | Yes | Yes | No | Yes |
| 52248 | James Armstrong | Yes | Yes | | |
| 52566 | Gert-Jan Visser | Yes | Yes | No | No |
| 52596 | Philip White | Yes | Yes | Yes | No |
| 60112 | Bruce Ott | Yes | Yes | Yes | No |
| 60158 | Douglas Davey | Yes | Yes | Yes | No |
| 63160 | David Whitney | Yes | Yes | Yes | Yes |
| 65396 | William Gore | Yes | Yes | Other | Other DON'T REMEMBER |
| 65428 | Scott Williams | Yes | Yes | Other I don't remember. | Other |
| 70357 | Mark Orms | Yes | Yes | Yes | No |
| 83761 | Ralph Hunter | Yes | Yes | Yes | Yes |
| 84636 | Robert Coveney | Yes | Yes | No | No |
| 89275 | Randall Craig | Yes | Yes | Other I do not remember. | Other |
| 89452 | Lawrence Brackett | Yes | Yes | No Not that I remember | No |
| 89531 | Kent Rittenhouse | Yes | Yes | Yes | No |
| 89592 | Steven Hart | Yes | Yes | Other Can't remember but think I did. | Other |
| 89602 | Steven Henderson | Yes | Yes | No | Yes |
| 89880 | James Bailey | Yes | Yes | No don't remember this one or the runoff or | No |
| 89894 | David McLean | Yes | Yes | Other both, can't recall which. | Other |

006

| ID | Name | | | | |
|---|---|---|---|---|---|
| 92558 | Matthew Field | Yes | Yes | No | No |
| 92712 | Michael Grisham | Yes | Yes | Other | Yes / Not Sure |
| 93338 | Barry Edington | Yes | Yes | Yes | No |
| 93838 | Michael Funk | Yes | Yes | Other | Other / I don't remember two elections to change my vote regarding one |
| 93862 | Michael Bovee | Yes | Yes | Other | Other |
| 94185 | Jon Reilman | Yes | Yes | Yes | Yes |
| 96482 | Daniel Arnoldy | Yes | Yes | No | Yes / I can't remember for certain if I did or didn't |
| 96800 | Rod Pool | Yes | Yes / I believe I did. | Yes | Yes |
| 105256 | Alec Hamilton | Yes | Yes | No | No |
| 106127 | Stephen Nowatzki | Yes | Yes | No | Yes |
| 129884 | Michael Tierney | Yes | Yes | Yes | Yes |
| 137447 | Anthony Davis | Yes | Yes | Yes | No |
| 137547 | Douglas Clough | Yes / misgivings about the conduct of the | Yes / misgivings about the | Yes | Yes / my that my vote had not changed. entered it because I wanted to insure that my vote had not |
| 137602 | Mark Hearne | Yes / conduct of the | Yes / conduct of the | Yes | Yes |
| 139626 | Paul Wreschinsky | Yes | Yes | No | Yes |
| 153219 | William Harris | Yes | Yes | Other | No / my vote once but I can't be sure. |
| 168313 | Thomas Jaszewski | Yes | Yes | No | No |
| 168534 | John Widtfeldt | Yes | Yes | Yes | No / for this one or the run-off, but recall that I did |
| 168547 | William Wallace | Yes | Yes / Not sure, but Other probably. | Other | Other |

| ID | Name | | | sure. I may have... to change my vote. / Other | Other |
|---|---|---|---|---|---|
| 179777 | Matthew Asdel | Yes | Yes | Other | Other |
| 183597 | Paul Doto | Yes | Yes | Yes | No |
| 183599 | Jeffrey Sullivan | Yes | Yes | Other the elections, but I believe it was the Run- | Yes |
| 183644 | Samuel Mayer | Yes | Yes | No | No |
| 183809 | David Diamond | Yes | Yes | Yes | Other |
| 198786 | Terry Woodrow | Yes | Yes | No | No |
| 198898 | Kurt Wolz | Yes | Yes | Yes my vote after reading more information about | No |
| 199111 | Alex True | Yes | Yes | Yes | Other |
| 199231 | David Watkins | Yes | Yes | Yes | Yes |
| 199253 | Jon Murrie | Yes | Yes | Yes | Yes |
| 199256 | Gary Stevens | Yes | Yes | Yes national or the runoff; I don't remember which. | Yes |
| 199292 | Gary LaBuda | Yes | Yes | Other Do not remember | Other |
| 318777 | William Labutta | Yes | Yes | Yes | Yes |
| 318795 | Fred Mueller | Yes | Yes | Yes | No |
| 318799 | Robert Ritschel | Yes | Yes | No | No |
| 319062 | James Vasatka | Yes | Yes | Yes | Yes |
| 332439 | Scott Summer | Yes | Yes | No | No |
| 332473 | Timothy Popiel | Yes | Yes | Yes one of the elections, I don't remember which. | Yes |
| 332496 | Charles Clary | Yes | Yes | Other election, but could have been the run-off | Other |
| 332788 | Alan Lay | Other I believe yes | Other I believe yes | Other | Other |

008

| ID | Name | | | |
|---|---|---|---|---|
| 332953 | Robert Schneider | Yes | Yes | No | No |
| 332960 | Erik Lewinski | Yes | Yes | No | No |
| 354455 | Charles Gounaud | Yes | Yes | Yes | Yes |
| 354464 | Mitchell Siegelman | Yes | Yes | Yes | |
| 354503 | Kevin Gallagher | Yes | Yes | Yes | No |
| 354599 | Timothy Hanley | Yes | Yes | Yes | No |
| 354894 | Steven Westmoreland | Yes | Yes | Other | Other don't remember |
| 364770 | Michael Horn | Yes | Yes | No | No |
| 364776 | Michael Michaelis | Yes | Yes | Yes | Other the web site more than once, however I never recieved a pin number for one of the elections, I believe I went in to change my vote. |
| 364972 | Brad Chonko | Yes | Yes | Other | Other |
| 373366 | Richard Finlayson | Yes | Yes | Yes | No |
| 406771 | James Mejia | Yes | Yes | Yes | Yes |
| 531989 | Theodore Mandeville | Yes | Yes | Yes | No |
| 532028 | W. Vinson | Yes | Yes | Yes | Yes |
| 532055 | Matthew Stroup | Yes | Yes | Yes | No |
| 548140 | Lincoln Royse | Yes | Yes | Other Don't recall | Other |
| 548143 | Aldo Croatti | Yes | Yes | Yes | Yes |

009

| ID | Name | | | Other | Other / unsure | Other |
|----|------|----|----|----|----|----|
| 548149 | Nathan Carriker | Yes | Yes | Yes | | Yes |
| 548170 | Rodney Biggs | Yes | Yes | Yes | | Yes |
| 548206 | William Miller | Yes | Yes | Yes | | No |
| 548359 | John Kennedy | Yes | Yes | Yes | | Yes |
| 548365 | Troy Castle | Yes | Yes | No | | No |
| 548368 | Justin Petrikas | Yes | Yes | No | | Yes |
| 575305 | Paul Schoenbucher | Yes | Yes | Yes | I changed my mind on who to vote for | No |
| 575405 | Douglas Esposito | Yes | Yes | Yes | | Yes |
| 575494 | Grady Dougless | Yes | Yes | No | | Yes |
| 575565 | Romeo Rosario | Yes | Yes | No | | No |
| 575607 | Paul Butalla | Yes | Yes | Yes | | No |
| 575801 | Segundo Andrew | No 100% certain | Yes | No | | No |
| 575809 | Patrick Rice | Yes | Yes | Yes | | No |
| 575871 | Daniel Henderson | Yes | Yes | No | | Yes |
| 576282 | David Letourneau | Yes | Yes | No | | No |

010

**092712**      **Michael Grisham**

Did you vote in the National Officer Election ending on May 24, 2004?      **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?      **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

    National Officer Electio      **Other**

    **Not Sure**

    Run-Off Election      **Yes**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?      **Other**

    **I re-entered the AAA electronic voting and re-entered my votes within the last hour to make sure my vote had not been changed. I do not believe the system is that secure.**

**093338**      **Barry Edington**

Did you vote in the National Officer Election ending on May 24, 2004?      **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?      **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

    National Officer Electio      **Yes**

    Run-Off Election      **No**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?      **No**

**137447**     **Anthony Davis**

Did you vote in the National Officer Election ending on May 24, 2004?          **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?          **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

   National Officer Electio          **Yes**

   Run-Off Election          **No**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?          **No**

---

**137547**     **Douglas Clough**

Did you vote in the National Officer Election ending on May 24, 2004?          **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?          **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

   National Officer Electio          **Yes**
   **I checked to make sure my that my vote had not changed.**

   Run-Off Election          **Yes**
   **I checked to make sure my that my vote had not changed.**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?          **No**

---

**137602**     **Mark Hearne**

Did you vote in the National Officer Election ending on May 24, 2004?     **Yes**

> **I have serious misgivings about the conduct of the election!**

Did you vote in the Run-Off Election ending on June 22, 2004?     **Yes**

> **I have serious misgivings about the conduct of the election!**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

> National Officer Electio     **Yes**

> **In this election, I re-entered it because I wanted to insure that my vote had not "changed" from the time I entered it originally. I did this because there were stories that some member's vote had changed. I wanted to make sure that my vote was truly my vote.**

> Run-Off Election     **Yes**

> **In this election, I re-entered it because I wanted to insure that my vote had not "changed" from the time I entered it originally. I did this because there were stories that some member's vote had changed. I wanted to make sure that my vote was truly my vote.**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?     **Other**

> **I was unsure as to whether or not this had occurred. Just to be sure, I re-entered the system to check my vote.**

---

**139626**     **Paul Wreschinsky**

Did you vote in the National Officer Election ending on May 24, 2004?     **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?     **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

> National Officer Electio     **No**

> Run-Off Election     **Yes**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?     **No**

---

013

**183599**     **Jeffrey Sullivan**

Did you vote in the National Officer Election ending on May 24, 2004?     **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?     **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

      National Officer Electio     **Other**

      **I did reenter on one of the elections, but I believe it was the Run-Off.**

      Run-Off Election     **Yes**

      **Reentered because of postings concerning possible problems with the voting.  I wanted to make sure my vote had not been tampered with.  It had not.**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?     **No**

---

**183644**     **Samuel Mayer**

Did you vote in the National Officer Election ending on May 24, 2004?     **Yes**

Did you vote in the Run-Off Election ending on June 22, 2004?     **Yes**

Did you re-enter the AAA electronic voting system for any reason in either the National Officer or Run-Off Election?

      National Officer Electio     **No**

      Run-Off Election     **No**

When you voted in either the National Officer or Run-Off election, did you have any indication that a vote had already been cast using your PIN and ID number by someone other than yourself?     **No**

---

Wednesday, March 16, 2005

014