# APPENDIX 2

# Excerpts from Deposition of Jeffrey Zaino

# Page(s) 015-053

```
 1                          J. Zaino

 2          A.    Just the documents requested, the

 3    control, the listing of members and their

 4    control numbers and employee ID numbers for

 5    both the election and for the run-off.

 6          Q.    Would you mind pulling that out so

 7    that we can describe the document?

 8          A.    Sure.

 9          Q.    Could you tell me what you're looking

10    at?

11          A.    Sure.

12          Q.    What you just pulled out.

13          A.    There are two lists here, the

14    reproductions of the listing of all the

15    members for APA for both the initial election

16    and then the second copy here is for the

17    run-off election.  And it lists all of the

18    members and all of their information on each

19    member.

20          Q.    Are those lists divided into columns?

21          A.    Yes, they are.

22          Q.    Can you give me the names of the

23    various columns on that page?

24                Do you understand my question?

25          A.    Absolutely.  Column one says chapter,
```

1                              J. Zaino

2    column two ID number, column three sequential

3    number, column four the first name, column

4    five the last name, column six address one,

5    column seven address two, column eight the

6    city, column nine the state, and column ten

7    the zip code.

8           Q.    Thank you.

9                 Could you tell me what column one

10   chapter, what that means, what information is

11   in that column?

12          A.    That is the domicile of the pilots.

13          Q.    And column two, when you say ID

14   number, what does that mean?

15          A.    Employee ID number.

16          Q.    And column three, sequential number,

17   what does that mean?

18          A.    That is the control number or

19   personal identification number assigned by the

20   AAA.

21          Q.    Is that also the PIN number?

22          A.    That is the PIN.  It says sequential,

23   but it is a randomly assigned personal

24   identification number, yes.

25          Q.    We will talk about this later, but

1                          J. Zaino

2     had temporary workers, part-time staff

3     assisting with answering telephone calls.

4          Q.   I know that Pitney Bowes did the

5     actual mail out; is that correct?

6          A.   That's correct.

7          Q.   Do I understand that your staff

8     stuffed the envelopes, sealed them, and then

9     those envelopes would be taken to Pitney Bowes

10    who would then I guess put on postage and mail

11    them?

12         A.   That is correct except for the

13    sealing part.  Our staff did not seal them.

14    They were sealed by a machine at Pitney Bowes.

15    But we did everything else.  Everything else

16    you mentioned, we did.

17         Q.   Okay.  Thank you.

18              Could you give me a brief history of

19    AAA's involvement in elections?

20         A.   Yes.

21              We have been conducting elections for

22    over 50 years for the nation's largest unions

23    such as the Teamsters, Communication Workers

24    of America, teacher organizations. We conduct

25    every type of -- we use every type of election

J. Zaino

method, be it Internet, telephone, touch
screen, paper ballot.

That's, in general, what our service
provides.

Q.   When did you start with Internet
voting?

A.   Approximately 1999 going into 2000.

Q.   Do you know what the impetus was to
move in that direction?

A.   We saw some competitors that were
starting to do it, and some of our clients
that had members nationwide were interested in
AAA pursuing that, so some of our clients were
talking to us about it, some other pilot
groups, and also some of our competitors were
doing it.  So therefore, we started to develop
an Internet and telephonic system.

Q.   Did your telephonic system
implementation occur at the same time that you
were looking at remote Internet voting?

A.   Yes, it did.

Q.   Officer elections aren't the only
type of elections that you perform, or are
they?

```
 1                              J. Zaino

 2            A.    No.

 3            Q.    I'm sorry, that wasn't a --

 4            A.    We conduct other types of elections

 5       besides officer elections, yes.

 6            Q.    What types?

 7            A.    Contract ratifications, affiliations,

 8       mergers.

 9            Q.    What percentage of the your business

10       is the union officer elections?

11            A.    I would say approximately -- I don't

12       have the exact figures, but approximately 85

13       percent.

14            Q.    You work with national and local

15       unions?

16            A.    Yes.

17            Q.    What percentage of your election

18       business is with Get-A-Geek?

19            A.    Approximately six to seven percent.

20            Q.    How did that relationship come about?

21            A.    Get-A-Geek was working with AAA

22       helping AAA with developing our web page in

23       1999 or 2000, and I was introduced to people

24       from Get-A-Geek when we were talking about

25       development of our system.
```

1                        J. Zaino

2              Just so you understand where I'm

3        going with this, I would like to know what

4        Get-A-Geek does versus what you do in-house.

5              A.    Sure.

6              Get-A-Geek currently loads the

7        database into our server for electronic

8        voting.  They take the database from the AAA,

9        we assign the control numbers and provide them

10       with the database.  They develop the screens

11       for voting, the actual screens that list the

12       candidates, they work with our web page and

13       develop that, our web page being or our

14       website, www.aaaelections.org, which is a

15       universal site for all electronic elections.

16             So they design that specifically for

17       each election, load the data, monitor the

18       system throughout the voting periods for any

19       election, activate the system and then stop

20       the system at the end and work closely with us

21       during the election process to facilitate the

22       clients or the members calling in to receive

23       duplicate identification or PINs or if they

24       have technical problems.

25             Q.    What services is AAA doing in-house?

J. Zaino

A.    Well, it's AAA's server.  AAA deals
directly with the client.  AAA designs the
voting instruction sheet, the physical copy of
it that is sent to the clients or the members,
designs the envelopes, contracts with the
client, also monitors the ongoing process of
the election, has phone banks or phones set up
for incoming problems nine to five Monday
through Friday, and as I mentioned earlier, we
prepare the packets and mail them out.

Q.    Could you talk just a little bit
about the origins of this system used in the
2004 election, the origins of the remote
electronic voting system?

A.    Well, we developed the system in the
end of 1999, early 2000 for a few clients we
were working with at that time.  And we worked
Get-A-Geek exclusively on developing the
Internet portion, and then we included the
telephonic portion due to demands from some
clients.  But it was developed at that point
and we had a couple of clients in 2000, and
since then it has grown.

Q.    What were the goals in designing this

24

```
 1                          J. Zaino

 2      system?

 3           A.    To provide an Internet and telephonic

 4      voting system that is secure, that can provide

 5      voters 24/7 access to vote.

 6           Q.    How much of a role did your

 7      organization play in creating the ultimate

 8      system versus what Get-A-Geek did in creating

 9      that system?

10               Do you understand the question?

11           A.    Absolutely.

12               My team with my supervisor and some

13      staff from AAA who are not in the computer

14      background were overseeing the aspects of here

15      is what we need for the system based on AAA's

16      experience in doing elections.   Then the

17      technical aspect of it, we brought in our

18      information services people at AAA, AAA full

19      time staff people, that worked closely with

20      Get-A-Geek to develop the system in that time

21      period.

22               So we all came together in a number

23      of meetings, conference calls, and worked on

24      developing a system that met our needs.   And

25      obviously, it takes a little time, it took
```

J. Zaino

```
1
2    about six months, I think, but it was up and
3    running by 2000.
4        Q.   You made the statement that you sat
5    down and said here is what we need.  Could you
6    tell me a little bit about what those needs
7    were?
8        A.   Sure.
9        Q.   What were you thinking in terms of
10   this system meeting union's needs?
11       A.   Sure.  Well, not just for unions, for
12   any client, we wanted a secure voting system.
13   We asked for encryption, secured sockets,
14   firewall set up with our I.S. Department,
15   various servers being used.  Various things
16   put in place to guarantee the security of the
17   system and to guarantee if something happens,
18   if someone tries to go into our system, that
19   there would be some kind of bells and whistles
20   that would go off.
21            So we worked with Get-A-Geek and our
22   I.S. people to develop that type of system.
23       Q.   Did you model your system on any
24   pre-existing system?
25       A.   Yes, we modeled our system on the
```

1                              J. Zaino

2        integrity of the process.

3                    Could you tell me what was done in

4        the 2004 election to ensure the upholding of

5        the integrity of the process?

6            A.    Sure.

7                    Like I mentioned, we developed a

8        system that has encryption, where as soon as

9        the voter votes, the vote is encrypted through

10       cyberspace, let's say, and ends up at a AAA

11       server, and then it is immediately transferred

12       to another server through a firewall

13       protecting that vote or protecting the

14       identity of that vote.

15                   In addition, when a person votes,

16       they are assigned a random number by the

17       system.  In addition to that, for people

18       calling in to the AAA, we had a system set up

19       where if you call in and you misplaced your

20       voting instruction sheet or state that you

21       never received it, we took down a laundry list

22       of information from that person, from that

23       pilot, and then always verified that

24       information with a contact at APA.

25                   So the system we felt had things and

030

1                         J. Zaino

2    structures that were secure, and then our

3    procedures with respect to addressing random

4    phone calls that were coming in -- not random,

5    but phone calls that were coming in throughout

6    the process.

7         Q.   Did you look -- I know you looked at

8    mail ballots.  Did you look at any other

9    electronic system out there to use in modeling

10   your system?

11        A.   I think we did, but I don't

12   specifically recall.  I know we had a number

13   of discussions, but it was five or six years

14   ago, seven years ago, but I am sure we did.  I

15   couldn't give the specifics of it.

16        Q.   Do you recall whether you looked at

17   some of the trials and experiments that were

18   going on in other countries regarding

19   electronic voting?

20        A.   We did not look at other countries,

21   no.

22        Q.   Did you look at the California report

23   and their comments on electronic voting?  I

24   think it was issued in 2000.

25        A.   I am not familiar with that report,

025

32

```
 1                        J. Zaino

 2     don't know what transpired afterwards.

 3         Q.    Okay.  Do you know what the

 4     requirements are for primary elections?

 5         A.    For public primary elections?

 6         Q.    Yes, sir.

 7         A.    No, I do not.

 8         Q.    I would like to talk a little bit

 9     about the -- well, more about the system used

10     in this case, but I want to talk about the

11     structure, like the servers.  Where were the

12     servers used in this election located?

13         A.    The primary server was in New York at

14     the AAA.  I believe there was another server

15     on the west coast, but I know that the primary

16     server was at AAA.

17         Q.    What types of security was provided

18     for the servers?

19         A.    Fire walls, encryption.

20         Q.    Who had access to the machines?

21         A.    Our information service -- the

22     physical access?

23         Q.    Yes.

24         A.    Information services people at AAA.

25         Q.    Would those be full time AAA
```

34

J. Zaino

2    those servers were dedicated lines?

3        A.   No, I do not.

4        Q.   We talked a little earlier about AAA

5    providing the ballots.  Is that the means that

6    was used to get voter information to the

7    voters?

8        A.   Can you clarify that question?  I'm

9    sorry.

10       Q.   Yes.  I can just ask, how did the

11   voters get the log-in information for the 2004

12   elections?

13       A.   They were sent a voting instruction

14   sheet that at the bottom of it had the voter's

15   name, address and personal identification

16   number assigned by AAA.  That was sent to them

17   via first class mail.

18       Q.   And in that information, they would

19   have been told to log in using that personal

20   identification number and their employee

21   identification number?

22       A.   That is correct.  The voting

23   instruction sheet has two sets of

24   instructions, one for telephonic voting and

25   one for Internet voting.  And the instructions

1                          J. Zaino

2       tell the voter where to log into, then what

3       number to enter at that point, be it the

4       number assigned by AAA or their employee ID

5       number, and the number assigned by AAA appears

6       on the voting instruction sheet that they

7       receive, the other number does not, the

8       employee ID number.

9            Q.   That information, the information

10      that's there on the ballot, the names, the

11      addresses, the personal identification number,

12      is that information stored on the computers of

13      the AAA?

14           A.   No, it's not.  Well, it's stored in

15      the electronic voting system, but not stored

16      in my personal computer at work.  Is that the

17      question you are asking, is it stored in the

18      voting system?

19           Q.   Yes.

20           A.   Yes, it is stored --

21           Q.   So it's stored on your server?

22           A.   It's stored in the -- yes, the server

23      for the voting system www.aaaelections.org,

24      it's stored there for that election, yes.

25           Q.   Am I understanding you to say that

36

J. Zaino

2      you could not access that information from

3      your personal computer?

4          A.   I could not.

5          Q.   Could anyone in your office access

6      that information?

7          A.   No.

8          Q.   Was that information in print form

9      anywhere in the offices of AAA?

10         A.   Yes, it was.

11         Q.   Where was that print form information

12     stored?

13         A.   On the 10th floor of AAA's offices at

14     1633 Broadway in the Elections Department.

15         Q.   And what we have marked as Deposition

16     Exhibit 1 and 2, is that the print form

17     information that was available to you during

18     the time of the 2004 elections?

19         A.   It's a reproduction of it.  It's not

20     the actual copy of the actual control booklet,

21     but it's a reproduction of the same

22     information.

23         Q.   Was that information available to you

24     at all times during the 2004 election process?

25         A.   Yes.  The booklet, yes, it was

J. Zaino

1
2   available, yes.

3        Q.   Was that stored in a locked location?

4        A.   In the evening, but not during the

5   day.

6        Q.   Who would potentially have access to

7   the location where the book was stored during

8   the day, the control book?

9        A.   AAA election staff, three of us in

10  New York, plus part-time workers that would be

11  working the phones, that would be two people

12  designated, would have access to it.   And

13  that's it.

14       Q.   Those part-time workers who were

15  working the phones, would they provide the

16  personal identification numbers to APA union

17  persons who lost their numbers?

18       A.   No.

19       Q.   Does that question make sense?

20       A.   Yes, it does.

21            No, their function was to take the

22  phone call and to take down the information.

23       Q.   Who ultimately provided the

24  information to the voter?

25       A.   For this election, Maria Gonzalez, or

J. Zaino

2   Linda Johnson, or myself, but Linda Johnson

3   was the primary person.

4          Q.   Could you give us their titles?

5          A.   Sure.

6          Q.   Linda Johnson and Maria Gonzalez.

7          A.   Yes.   Linda Johnson is the

8   Administrative Aide for the Elections

9   Department.   Maria Gonzalez is an Elections

10  Supervisor.

11         Q.   Do you know how long Ms. Gonzalez has

12  been with AAA?

13         A.   Yes, since 1996.

14         Q.   How about Ms. Johnson?

15         A.   1999.

16         Q.   What did you do if a voter had

17  difficulty logging into the system?

18         A.   We would ask them if they are

19  entering the correct number into the system,

20  if they are logging on to the correct address,

21  calling the correct telephonic number for

22  telephone voting.

23         Q.   Did you get any complaints about

24  their ability to log in?

25         A.   Yes.

                                                            46

1                      J. Zaino

2     information?  Deposition Exhibit 1, is that

3     information sitting in a server at AAA?

4         A.   I really couldn't testify to how that

5     works, but I know these are big physical

6     machines, that's what they look like to me, so

7     I really couldn't give you accurate testimony

8     about that.

9              But what I do know is that the data

10    has to be in the system so the system can

11    work, so the system can link up the vote and

12    then let the person vote.  So it has to be in

13    the system, but I am not sure where it

14    physically exists or what part of the system

15    it's in.

16        Q.   Okay.  Could you just discuss for a

17    minute the change vote feature?  What does

18    that mean?

19        A.   It means a voter throughout the

20    voting period after he or she logged in with

21    the employee ID number and personal

22    identification number could log in at another

23    time before the election closes and change his

24    or her vote.

25        Q.   That feature was offered in the 2004

1                          J. Zaino

2       APA election and run-off election?

3            A.    Yes, it was.

4            Q.    If that feature was turned off, how

5       would the system work?

6            A.    The system would work in the sense

7       that after the voter votes, he or she could

8       not enter into it again.  If there was an

9       attempt by the voter, the voter would be told

10      by a screen that you have previously voted on

11      such and such a date and time and you cannot

12      vote.

13           Q.    When a person logs back in under this

14      feature, do they see the vote that was cast

15      before?

16           A.    Yes.

17           Q.    How did that appear to them, if you

18      know, on the screen?

19           A.    I believe it is in bold.  Now, we do

20      a number of elections so I am trying to recall

21      specifically how this election looked.  We

22      always have the change vote feature in

23      operation for clients reviewing the demos and

24      test sites before we go live with any

25      election.  But in this case, I believe it had

48

J. Zaino

2    the pilot that the person voted for

3    highlighted in black bold with a little

4    checkmark, I believe, in a box.

5        Q.   Why was that feature offered in this

6    particular election?  And we are talking about

7    the 2004 APA election.

8        A.   We were doing it with their other

9    elections, APA's other elections, their

10   domicile elections, so it was consistent with

11   what we were doing with all their other

12   elections.

13       Q.   If a person is allowed to go back in

14   and change their vote, is there necessarily a

15   link between the voter and the vote that they

16   cast originally?

17       A.   Yes, there is a link.

18       Q.   Is there any way to utilize the

19   change vote feature without keeping such a

20   link?

21       A.   I can't see how you could do it.

22       Q.   Did you have any security problems on

23   this system in the 2004 election that you are

24   aware of?

25       A.   I am aware of none.

49

```
1                        J. Zaino
2         Q.   Do you know generally how many
3    requests the AAA had to replace PIN numbers?
4         A.   I don't have the exact number, but --
5    oh, to replace PINs.  Can you clarify the
6    question because there are different requests
7    that come in.
8         Q.   Okay.  What are the different
9    requests that might come in with respect to
10   PIN numbers that are issued?
11        A.   I never received my voting
12   instruction sheet and the person does appear
13   on the roster, so therefore he or she was
14   already previously assigned a number.  The
15   second one would be I never received my voting
16   instruction sheet, but you shouldn't have
17   because you weren't on the list so therefore
18   we have to check with the APA and assign a new
19   number to you because you never received the
20   number to begin with so you never were
21   assigned one.  So those are the two types.
22        Q.   Okay.
23        A.   I'm sorry, the third --
24        Q.   Go ahead.
25        A.   The third would be my number didn't
```

1                    J. Zaino

2          Q.    And up until that point, 4:00 central

3     standard time for this 2004 APA election,

4     there is a link in the computer system between

5     the voter and the vote?

6          A.    That is correct.

7          Q.    How are the ineligible voters votes

8     removed from the system?

9          A.    The AAA for this election was

10    provided a list of ineligible people, either a

11    day or a couple of days in advance, and that

12    database was sent by Debbie Thorne, and then I

13    would forward that database on to Jon Ohman

14    who would work with the system to extract

15    those names.  And he would extract those names

16    using the system, and those names would appear

17    that were extracted in a separate file listing

18    the names, but not listing how the individual

19    voted.  There is not a screen, there doesn't

20    exist a screen showing how John Doe voted.  It

21    would just say John Doe did vote, but now he

22    is deemed ineligible and we extracted his vote

23    and extracted his name.

24         Q.    Okay.  But for the people who are

25    deemed ineligible, we are talking about

1      J. Zaino

2      such and such a time. However, it does show

3      how the person voted.

4           So if we can go back to your

5      question, if I can get a clarification on

6      that, were you specifically referring to a

7      system for change vote so if I went into the

8      system after you voted or looked at how I

9      voted? Can you clarify the question because I

10     think I misspoke.

11          Q.   Yes, I can.

12          In the 2004 national election and

13     run-off election -- let me clarify here, the

14     same system was used in both the national

15     election and run-off election; is that

16     correct?

17          A.   That is correct.

18          Q.   So in the system that was used in

19     2004, if Joe Blow APA member voted on Monday,

20     could he determine on Friday if he relooked at

21     that vote whether anyone else had in the

22     interim looked at his vote?

23          A.   No, he could not.

24          Q.   What about your criteria for

25     certifying the election?

J. Zaino

1

2          MR. HOFFMAN:  I object to the form of

3      that.  Did you say public identification

4      numbers?

5          MS. PARKER:  No.  Well, I will reask

6      the question.

7      Q.   Why use employee identification

8      numbers as opposed to some other randomly

9      generated number?

10     A.   Well, we use a two personal

11     identification number system, and one needs to

12     be committed to memory for our system or for

13     procedures to have a secure system; and one is

14     the randomly assigned number by the AAA, and

15     for APA the number that they provided us was

16     the employee ID number for the other number,

17     the number that is committed to memory by the

18     member, the voting member.

19     Q.   Whose decision was it in terms of

20     what two numbers to use?  Did you request a

21     certain type of number from the union?

22     A.   Well, there are two questions.  The

23     first question, whose decision was it --

24     Q.   Yes.  Let's answer that first.

25     A.   We ask the client to provide us with

1                          J. Zaino

2          A.    What information?

3          Q.    Like the control book information for

4    the 2004 APA elections, is that currently

5    stored within the AAA's system, let's say,

6    within their server?

7          A.    I am not sure.

8          Q.    How did you access the information

9    that you brought with you today, the

10   Deposition Exhibit 1 and Deposition Exhibit 2?

11         A.    My printer gave it to me.

12         Q.    How did you pull that information up

13   to print it?

14         A.    I didn't pull it up, my printer

15   produced it for me.

16         Q.    How were the directions sent to the

17   printer to get that information?  Is there an

18   Excel sheet somewhere?  Did someone else pull

19   that up?

20         A.    I did not print this, my printer

21   printed it from a database that she had in her

22   system.

23         Q.    Who sent the instructions to the

24   printer to print that information?

25         A.    I called my printer and asked them to

```
                              J. Zaino
 1
 2      reproduce the booklets for this deposition.
 3          Q.    We may be talking about different
 4      things, so let me clarify.  When you are
 5      talking about "your printer," are you talking
 6      about the service that you use to print
 7      documents for AAA?
 8          A.    The printer that I use to print the
 9      voting instruction sheets, yes.
10          Q.    So to get the materials that you
11      brought, you made a phone call to someone and
12      said, "I need these documents"?
13          A.    That is correct, I need a
14      reproduction of what we used for the 2004
15      elections, the same information that was on
16      our control booklets.
17          Q.    Who is that someone that you called?
18          A.    Ruth Randall.
19          Q.    What company is Ruth with?
20          A.    Winson Surnamer, W-I-N-S-O-N,
21      S-U-R-N-A-M-E-R.
22          Q.    What service does that company
23      provide for you?
24          A.    They print the voting instruction
25      sheets, the envelopes, they work with us to
```

J. Zaino

1

2    assign the randomly controlled -- the random

3    numbers.

4          Q.   At all times during the 2004

5    election, APA elections, would this company

6    have had access to the information that's in

7    Deposition Exhibit 1 and Exhibit 2?

8          A.   Yes.

9          Q.   So this company would have had access

10   to APA union members' names, addresses, their

11   personal identification number and their

12   employee identification number --

13         A.   That is correct.

14         Q.   -- during the 20004 elections?

15         A.   Yes.

16         Q.   Does that mean that this company had

17   access during the 2004 elections to AAA's

18   election server?

19         A.   No, they did not have access to our

20   server.

21         Q.   How was the information transmitted

22   to this company?

23         A.   I sent an e-mail with the database,

24   containing the database, the names and all the

25   information that I received from APA to my

67

                              J. Zaino

1

2        Q.    Yes, sir.

3        A.    After the printer works with AAA in

4    assigning the randomly controlled numbers, we

5    review the database and then forward it to Jon

6    on the day of the election mail out and have

7    him load it into the system.

8        Q.    While that information is sitting in

9    your electronic server, who would have access

10   to that information?

11       A.    Jon Ohman.

12       Q.    Would either Ms. Johnson or

13   Ms. Gonzalez have access to that information?

14       A.    No.

15       Q.    To your knowledge, did anyone with

16   the APA have access to that information?

17       A.    No.

18       Q.    Did Ms. Gonzalez or Ms. Johnson have

19   Internet access available to them on their

20   work computers?

21       A.    Yes, they do, and they did.

22       Q.    What about the temporary workers

23   brought in to assist with the 2004 elections?

24       A.    No.

25       Q.    Did they have access to computers at

1                       J. Zaino

2          A.    Yes.

3          Q.    Is that the server that people would

4    have accessed when they called up your web

5    page?

6          A.    Yes.

7          Q.    We talked briefly before about the

8    replacement PIN process.  If someone called in

9    and noted the need for a replacement PIN,

10   could you tell us what information was

11   required of them and what information was

12   given to them?

13         A.    Sure.

14               When a person calls into the AAA's

15   800 telephone number, customer service line,

16   there is a laundry list of items that we ask

17   for.  There is a form that we have for each

18   election.  In this case, it was name, address,

19   employee ID number, the e-mail address,

20   telephone number, cell phone number, a laundry

21   list of a lot of items so that we can get off

22   the phone and make sure we could properly

23   identify that person to the APA and then

24   contact that person at a later time if we need

25   to provide that person with a new PIN.  And

71

```
1                        J. Zaino
2      then that step of the process would be
3      reviewed and the person would be provided a
4      PIN if he or she was an eligible member.
5          Q.    Were PINs sent out via e-mail?
6          A.    In some cases, yes.
7          Q.    Was there security associated with
8      those e-mails?
9          A.    What do you mean by security with the
10     e-mail?  Can you clarify?
11         Q.    You are probably figuring out that
12     computer systems is not my forte so I have to
13     be careful what I am asking for to not make it
14     less clear.
15              I am wondering, you have the
16     Internet, anything transmitted over the
17     Internet, unless it's protected or secured in
18     some way, can be accessed by other people on
19     the Internet.  I am wondering if that
20     information was secured, was it encrypted, are
21     we using public/private key systems in
22     transmitting that?
23              MR. HOFFMAN:   Let me object only
24     because this is the most multiple of your
25     multiple questions.
```

044

J. Zaino

1

2    everything.

3        Q.   But how would they get the

4    information?  How would you, or Linda, or

5    Maria get the original PIN number to provide

6    it to the voter who is calling saying I don't

7    have it?

8        A.   From the control booklet.

9        Q.   You would have to physically go and

10   get the control book?

11       A.   That's correct, yes.

12       Q.   That information could not be pulled

13   up on the computer?

14       A.   It could not be pulled up on the

15   computer.

16       Q.   How many copies of the control book

17   were at your offices for the 2004 elections?

18       A.   For any election, we always make one

19   copy, and that's it, to avoid confusion and

20   for security purposes.

21       Q.   Where in your offices was that

22   booklet kept?

23       A.   In a cubicle area in the back part of

24   our office space.

25       Q.   So you didn't have to go into any one

75

```
 1                      J. Zaino

 2     person's office, you could just access the

 3     book by going into the cubicle?

 4         A.    Our office space has a door to it

 5     excluding us from the rest of AAA's offices at

 6     that location.  Then once you access that

 7     door, you have to go past my office, Maria's

 8     office, then Linda who is in a cubicle right

 9     there, then you can have access to the back

10     part of our space where we have a storage area

11     and where we handle duplicate requests.

12         Q.    Where the control booklet was stored

13     in that back cubicle area, was it locked?

14         A.    Between nine and five, it was not

15     locked because we were using it.

16         Q.    So at five o'clock, was a key turned

17     to lock the file where the control book was?

18         A.    The control booklet for this

19     election, there is a cabinet underneath the

20     area where they are answering phones and it is

21     put into there.  Control booklets for pending

22     elections, for any pending election.

23         Q.    The temporary workers that you

24     brought on for this election, for the 2004

25     election, where were they physically housed?
```

```
 1                    J. Zaino

 2        Q.   Is there any way that your system --

 3   I'm sorry, I have to think a minute before I

 4   put this question out.

 5             Is there any way that an APA voter in

 6   the 2004 election could determine that their

 7   votes were not looked at by anyone within the

 8   AAA, a mechanism in place?

 9        A.   I am not aware of a mechanism in

10   place, no.

11        Q.   Do you know how many duplicate

12   requests for ballots were made?

13        A.   I do not know the exact number.

14        Q.   I know I have been jumping around a

15   lot, so let me express again at this point my

16   appreciation for your patience here.  I would

17   like to go back and talk just for a minute

18   about the vote change features.

19             How were the vote changes logged on

20   your system, on the AAA election server?

21        A.   They were logged in.  If you went

22   into the system and changed your vote, it

23   would recognize that new vote as opposed to

24   the previous vote.

25        Q.   What information was actually stored
```

87

```
1                        J. Zaino
2        votes that is randomly assigned by the system.
3        But all of that data, yes, is inside the
4        server.
5            Q.    All inside one server?
6            A.    I believe it is one server.
7            Q.    Is the randomly generated number, I
8        have also seen it called a unique identifying
9        number, is that a number saved with the
10       voter's name, and address, and PIN number, on
11       a table inside the election server?
12           A.    I am not sure if all that
13       information, all the things that you've
14       listed, are connected with it.  I'm not sure.
15           Q.    When you talked about the information
16       that you sent down to the printer in
17       preparation for this deposition, how did you
18       access that information to send the e-mail to
19       the printer?  Was that from your computer?
20           A.    Yes, the APA sent me a database with
21       all this information, then I would forward
22       that on to the printer.
23           Q.    The information transmitted to you by
24       the APA, did that include the personal
25       identification number assigned by AAA?
```

88

1                              J. Zaino

2          A.    No, it did not.

3          Q.    When did those two things get put

4     together?

5          A.    After we received the list from the

6     APA, that's when it's done.

7          Q.    Who would have merged those two

8     pieces of information, the information sent to

9     you by APA and the PIN number?

10         A.    Our printer working with us.  We work

11    together and do the merging and assignment of

12    the personal identification numbers.

13         Q.    And was it just a merge, i.e., here

14    is the list that we got from APA and here is

15    the program that we want you to use to

16    generate the personal identification numbers?

17         A.    No, it was more like here is the list

18    and let's do random numbers, any sequential or

19    any random number assigned to these voters and

20    let's make sure it's random and that it's done

21    properly and we review it and then forward

22    that on to Jon for loading the system.

23         Q.    Was that information also loaded on

24    to your system?

25         A.    No, it was never loaded into my

1              J. Zaino

2     one, but I don't remember the specific time

3     frame.

4          Q.   Could you give me a general idea of

5     the concerns raised by Mr. Hunnibell?

6          A.   The overall integrity of the Internet

7     was his concern.   Encryption was another

8     concern.

9          Q.   Did he address the change vote

10    feature?

11         A.   Not that I recall.

12         Q.   Prior to this 2004 election, did you

13    have any concerns about the change vote

14    feature, about that feature's impact on the

15    secrecy of the ballot?

16         A.   I wasn't concerned about it affecting

17    the secrecy of the ballot, no.

18         Q.   Did you have any discussion with

19    Mr. Ohman prior to the 2004 election about the

20    implications of a change vote feature on

21    secrecy?

22         A.   No, I did not have a conversation

23    with Jon before the 2004 election.

24         Q.   Did you have a conversation with the

25    APA regarding either the change vote feature

J. Zaino

1
2  while I'm thinking on that, let me ask, were
3  you aware prior to the 2004 APA elections of a
4  February 2002 letter from the Department of
5  Labor to the APA discussing the change vote
6  feature?  Were you aware of that letter?
7      A.   Not the letter, I was aware of a
8  conversation.
9      Q.   Were you aware prior to the 2004
10  elections that the Department of Labor had
11  concerns about the change vote feature?
12          MR. HOFFMAN:  Object on the form to
13  that.
14      A.   Could you restate the question?
15      Q.   Were you aware that prior to the 2004
16  APA elections that the Department of Labor had
17  concerns about the change vote feature?
18          MR. HOFFMAN:  Same objection.
19      A.   I was aware that Richard Moyd had a
20  conversation with the Department of Labor
21  about Internet voting.
22      Q.   Okay.  Were you aware though of a
23  specific concern about the change vote
24  feature?
25          MR. HOFFMAN:  Objection as asked and

97

                              J. Zaino

1

2    answered and the same old objection as to

3    form.  I think the witness said --

4             MS. PARKER:  I don't think the

5    question was answered.

6             MR. HOFFMAN:  I think the witness

7    said what he was aware of.

8        Q.   Were you unaware -- were you aware of

9    a specific concern about the change vote

10   feature?

11            MR. HOFFMAN:  Now two objections,

12   asked and answered and form.

13       Q.   Okay.  Please answer the question.

14       A.   I was aware that there was a concern,

15   an overall concern, raised by the Department

16   of Labor to APA about how the Internet system

17   works or how to vote electronically,

18   everything that that entails.  I was aware of

19   that.

20       Q.   Okay.  In the everything that that

21   entails, what I want to know is if there was a

22   specific conversation, if you are aware of

23   specific concerns about the change vote

24   feature?

25       A.   Yes.  We did discuss the change vote

                              J. Zaino

2    feature, yes.

3        Q.   On AAA's Outlook system, is your

4    internal system set up to encrypt messages

5    that are outgoing?

6        A.   I don't know.

7        Q.   Did you have an opportunity to look

8    at the reports of investigations that I

9    forwarded to your counsel yesterday afternoon?

10       A.   Yes, I did.

11       Q.   Is there anything that you would want

12   to add to those reports?  And I certainly

13   understand that you haven't memorized them,

14   but if there was anything that was a question

15   mark to you that you would want to add or

16   explain when you looked through that document.

17            MR. HECHT:  I realize that we are not

18   party and I am not in a position to object,

19   but that question is little unfair to put to

20   this witness.

21            MS. PARKER:  Well, actually, all I am

22   doing is giving him an attempt if he would

23   like to -- he had an opportunity to look at

24   the notes that we have.  He doesn't have to

25   add anything.  It was an offer, if he wants