# APPENDIX 3

# Excerpts from Deposition of Jon Ohmann

# Page(s) 054-069

Page 5

1  The witness, JON OHMANN, being first duly
2  sworn, was examined and testified as follows:
3  E X A M I N A T I O N (By Ms. Parker):
4  Q. Good morning again, Mr. Ohmann.
5  A. Good morning.
6  Q. We're going to take your deposition here in
7     Charlotte, North Carolina. I'm the assistant United
8     States Attorney assigned to this case as well as Ms.
9     Danielle Jaberg, who is with the United States
10    Department of Labor. We have Mr. David Dean here who
11    is the attorney for the Allied Pilots Association.
12 A. Okay.
13 Q. I will note that this deposition is noticed and is
14    being taken according to the federal rules.
15         (WHEREUPON, the Reporter marked the
16            document referred to as Deposition
17            Exhibit No. 11 for identification.)
18 Q. Have you ever been deposed before?
19 A. No.
20 Q. In a lot of ways, it's just like you were in court.
21    You are under oath. The penalties apply to perjury,
22    and I'm not saying you would do that, but I just have
23    to announce that.
24 A. Sure.
25 Q. You will get a chance to read the transcript before

Page 6

1  it becomes finalized, and you can make changes to the
2  transcript if you feel like something didn't come
3  across clearly or anything of that nature.
4  A. Okay.
5  Q. I am from the south, but I spent 10 years in the East
6     Coast. So I tend to talk pretty fast. I also have a
7     tendency to ask compound questions. If there's
8     anything that I say that you don't quite understand
9     or you want me to break it down, let me know.
10 A. Okay.
11 Q. Also, we're dealing in a subject matter to which you
12    are way more familiar than I am. So if I ask you a
13    question and you think what I'm trying to ask is
14    about "X" but what I said is "Y," you can help me
15    out, but let me know that you're doing that. You
16    know, tell me, "I hear your question. If I
17    understand you and you're asking about this," then
18    answer, but don't help me out without letting me know
19    because we want to make sure we're talking about the
20    same things at all times.
21 A. Absolutely.
22 Q. If you need to take a break, we'll take a break.
23    It's a formal proceeding, but I try to do it as
24    informally as possible. So I want you comfortable
25    and all of that. No. 4, I would like to say you

Page 7

1  received a random phone call from me asking you if
2  you'd be willing to appear for a deposition, and you
3  said yes, and so I'd like to note here on this record
4  my appreciation of that. I could subpoena you, and
5  actually, we ultimately did, but some people would
6  have said no just to be difficult, and you said yes,
7  having never heard from me before, and I appreciate
8  it and I'd like to take the time here to say that.
9         The second thing I'd like to say is that
10 although you're here on the hot seat and I'm asking
11 you questions about this case, this case is really
12 not about you, and it's not about your company and
13 it's not about -- it's about the voting system, but
14 it's not about the voting system from your company's
15 perspective. So we should be -- I'd like to be clear
16 about that. We'll talk about the Internet, but this
17 is not about Internet voting per se, and I'm sure
18 you're more familiar than I am with, you know, the
19 whole cottage industry that has sprung up since 2000.
20 It's not our role here to address that, and it's not
21 my role here to say whether your system is a good
22 system or a bad system or works in some situations or
23 whatever. My only purpose here is to take a look at
24 that 2004 election and try to figure out whether
25 everything that happened was in accordance with the

Page 8

1  statutes, but it's not an indictment of your system
2  in any way. So I just want us to be clear on that.
3  A. Okay.
4  Q. Now, after all of that background, I'd like to ask
5     you to state your name and spell it just for the
6     record.
7  A. My name is Jonathan, J-o-n-a-t-h-o-n, Ohmann,
8     O-h-m-a-n-n.
9  Q. Could you give us your address?
10 A. It's 2527 King Arthur Drive, and that's Monroe,
11    North Carolina, 28110.
12 Q. What's your present job title?
13 A. My present job title is director of software
14    development.
15 Q. And how long have you been in that position?
16 A. I guess it's now almost seven years.
17 Q. And your employer is?
18 A. Get-A-Geek, Incorporated.
19 Q. Is your current position the same position -- which I
20    guess it would have been -- that you held in 2004?
21 A. Uh-huh.
22 Q. Have you looked at any documents in preparation for
23    this deposition?
24 A. I have reviewed the documents which you sent me
25    for -- as a reference, which were the results of

Page 41

1   happen during the election, particularly the
2   electronic elections, that do require my help with.
3   But generally speaking, we don't have a significant
4   number of problems at all with any elections,
5   regardless of what kind of elections they are in
6   the -- again, the goal is that we start it up, we let
7   it finish. The results are certified, and nobody has
8   any questions and nobody has any concerns, and there
9   aren't lawsuits and depositions to follow.
10  Q. So you have -- if I understand how the system works,
11     you have a client who comes in and says, "This is
12     what we want. You make this happen this way," but
13     that you aren't necessarily coming back and saying,
14     "Well, you know, you want this election, and there
15     are these considerations you ought to think about,"
16     and things like that. So it's not a give --
17  A. To some extent it is. I mean, from the standpoint of
18     whose responsible for what, we don't deal with the
19     client directly at all. AAA does all of that. They
20     are the administrator of the election. All we do is
21     manage and maintain the electronic systems. But
22     because of that relationship between AAA and us from
23     a technical standpoint, we typically do a lot of
24     technical support for the system in terms of reports
25     at the end and things like that. But what the client

Page 42

1   wants in terms of how they want to run the election,
2   what options they would like to, you know, have, what
3   requirements they have at the end in terms of
4   reporting, those are all garnered by the AAA, and
5   they then in turn come to us and say, "Well, this is
6   what we need. This is what the client wants,"
7   whatever.
8         Now, if something raises a red flag with
9   me, such as, you know, they want to see -- at the end
10  they want to see a breakdown of who voted by date and
11  time, and they want a list of vote by date and time,
12  I say, "You can't do that" because there are going to
13  be instances where the date and times are going to
14  match, and you're going to see who voted how. We do
15  that as sort of a service for the AAA because usually
16  they catch all of that, but from a technical
17  standpoint, that would raise a flag for me and I
18  would say, "Are you sure that's what you want to do."
19  Now, I don't have the authority to say, "I'm not
20  going to give it to you," but I do make them, "them"
21  being AAA, aware that that's a possibility, and then
22  they make the determination as to whether or not that
23  information is given to the client.
24 Q. Now, that information that you're talking about, you
25    can generate a list of who voted and what time and

Page 43

1     then a list with the times and the votes, where
2     specific votes were cast; is that correct?
3  A. Initially, you can do that. As I say, there are some
4     cases where you can, let's say, in an hour -- it's
5     usually broke down by hour. Within that hour, let's
6     say you have one or two people vote, and the votes
7     that show the date and time have -- show the two
8     votes. So you know what -- the results, and let's
9     say, they're both no. Then you know these two people
10    have voted no. That's the kind of information that's
11    not given out. It's also the kind of information
12    that's not typically collected, either. There's a
13    date that's collected, but the time is usually not
14    unless there's a specific requirement for that. And
15    again, with a non-officer election, that may be a
16    requirement, and it's relatively easy for us to say,
17    "Okay. We can collect the time on that," and they
18    may be able to say, "Well, we want to see how people
19    voted."
20          There was one instance that was a student
21    government election that was done for the City of
22    New York University, and their bylaws actually state
23    that they need to see who voted and how they voted. So
24    then we could give them that information. Now,
25    certainly with union elections, we can't do that.

Page 44

1   Survey types of votes, that's not information that's
2   restricted. So there are cases where we do collect
3   that information, but typically, on a regular election,
4   it's not done. We collect the date. We know that you
5   voted on this date and we have a vote for that date,
6   but it's going to be in a huge pool of votes for the
7   same day.
8  Q. Where is that information? On your computer?
9  A. The general structure of the system in terms of --
10 Q. Hold on one second. Before we turn the page, can I
11    have this (indicating)?
12 A. Absolutely.
13         MS. PARKER: Let's mark this as Deposition
14            Exhibit 1.
15         (WHEREUPON, the Reporter marked the
16            document referred to as Deposition
17            Exhibit No. 1 for identification.)
18 A. Our system -- and, again, I think the main majority,
19    and you can correct me if I'm wrong -- but the main
20    majority of this investigation is with the Internet
21    portion of the election.
22 Q. That's correct.
23 A. I think, generally speaking, that the voice response
24    portion is not too much in question. Again, there's
25    not a whole lot you can do with that, but generally

Page 53

1    10:54 a.m. to 11:02 a.m.)
2  Q. I want to talk about the 2004 system. I know we
3    talked about it in various ways getting up to this
4    point, but I would just like to have a nice chunk of
5    time that we talk about that system.
6  A. Okay.
7  Q. Now, if I understood you earlier, what I wrote down
8    is that the AAA introduced you to the systems; is
9    that correct?
10 A. Well, we developed the system specifically for the
11   AAA. The concept of voting in general from an
12   electronic standpoint we had done previously at
13   Shareholder Communications, again, in the context of
14   proxy voting, but the system as it is now was
15   developed specifically for the AAA for them to use.
16       Now, we have used the infrastructure that has
17   been built for other clients because we host the
18   application that it's -- you know, the requirements
19   that the AAA has imposed on the system applies
20   basically just in general for most all elections that
21   are done now that we're involved in, which again,
22   90 percent of all election business that we're doing
23   is for the AAA. And when we do -- when we do the
24   elections for the AAA, we really consider ourselves
25   just an extension of the AAA. I mean, the

Page 54

1    relationship between AAA and us is that close, that
2    we're sort of just the technical arm for this
3    particular type of business for them.
4  Q. The first election that you worked with AAA on, was
5    that an officer election for you, do you recall?
6  A. I don't recall specifically. It was six years ago,
7    but certainly could have been. In all -- I'll put it
8    this way: In all likelihood, it could have been
9    because I think that it was originally set up to
10   handle two main types of elections for unions, and
11   that was officer election and contract ratifications.
12   Those are the two main things that we've done
13   unionwise for them, and I'm sure that it was a
14   relatively small election, but I don't recall whether
15   it was specifically an officer election or not.
16 Q. Could you tell me a little bit about the interaction
17   in terms of getting this system together? I mean,
18   did you come in and say, "Here's my system that we've
19   used before for the proxy votes. Now let's see if we
20   can get this to be what you are looking for" or --
21 A. Well, again, the initial contact was not done by me.
22   It was done by my partner, Chris. I'm -- I don't
23   know specifically what that conversation was. I know
24   that once I became involved, there was -- basically
25   that conversation was, "This is what we've done in

Page 55

1    the past. This is what we think may work, and what
2    do you think we need to do to bring it up to the
3    level that would work for union elections," and then
4    the AAA, you know, explained to us that these are
5    the -- you know, these are the different things that
6    must exist. Now, certainly over time, there have
7    been some evolvements of the system based on, you
8    know, growing needs of different clients. If their
9    clients get bigger, they have -- and it's mainly in
10   the reporting standpoint, every client has specifics
11   that they want to be able to, you know, take back to
12   their boards or whatever to say, "Here's the
13   results," and all of these different formats or
14   charts and graphs and all of these things. And so
15   most of the system's evolution has been focused on
16   the tabulation of the results and, you know, how to
17   better display for the client what -- you know, what
18   the results are.
19       The core infrastructure of the system has
20   not changed much at all over the past six years.
21   Some refinements here and there, but nothing -- no
22   major gap has been discovered. No radical change as
23   to the process has been done.
24 Q. About how long from your initial contact with AAA,
25   yours or Chris's, to the extent that you know when

Page 56

1    that happened, how long between that contact and the
2    first election?
3  A. I don't know specifically when that first election
4    occurred, but I know that our initial development of
5    the system took maybe three months, four months,
6    something like that of, you know, developing it,
7    going back to them. Having them test it and having
8    us test it was about three months when -- I think it
9    was about three months when we had the first actual
10   election from the time we developed it.
11 Q. Is that with you working full-time just on that
12   issue?
13 A. Not just on that issue. As a consultant, we work on
14   a variety of things at one time, but during that
15   three months, that was a primary focus. That was my
16   main project. Of course, there was, you know, some
17   other little side things that we took care of for
18   other clients at the same time, but that was my
19   primary project I was working on.
20 Q. Do you recall what key goals were laid out for you in
21   terms of what the system needed to do?
22 A. I don't recall. I mean, again, I think that the
23   basic conversation was, you know, "This is what we've
24   done in the past that has worked. This is, you know,
25   what you want us to be able to do. Here's the system

14 (Pages 53 to 56)

Page 57

1       that we think we can do for you."
2   Q.  Do you recall what system was used in the past --
3   A.  Well --
4   Q.  -- from the conversation that you had?
5   A.  Well, when I say, "this is the system we used in the
6       past," this is what we had done at Shareholder
7       Communications, which was the proxy voting stuff.
8   Q.  Okay. So from your side of the table, you are
9       saying, "This is what we've done in the past, and now
10      you tell us how we can alter this to meet your
11      needs"?
12  A.  What would you need it to do, you know -- or what
13      would you need -- what would we need to change in
14      order for it to work for you?
15  Q.  Okay. Is the system that was used initially
16      generally the same system that was used in 2004?
17  A.  Uh-huh. And, generally, the same system that's used
18      today.
19  Q.  Okay. Any modifications or tweaks to it that you can
20      specifically recall between, let's say, the first
21      system and the 2004 system?
22  A.  I mean, like I said, most of it -- we've added some
23      extensive reporting to the back end, basically.
24      We've certainly made some changes in terms of
25      validation criteria. I think at one point they had

Page 58

1   something happen. I don't remember when it was
2   printed or something like that where there were no
3   leading zeros on a number or something on the actual
4   ballots. We had to accommodate that so if somebody
5   typed in their social security number and the last
6   four digits of their security number or employee ID
7   number or whatever that secondary validation is, we
8   need to be able to understand that there was a zero
9   there that didn't get printed. So if they only typed
10  in three numbers, we made it four numbers because it
11  should have been four numbers. That kind of thing.
12      But other than that, I mean, we made some
13  changes to the web portion in terms of the logo.
14  They changed their graphic. We put a new graphic out
15  there. Like I said, we did make the change for the
16  SSL portion to create this outside frame in the SSL
17  in order to give the lock at the bottom and give the
18  user a much better feeling that everything was
19  secure. What else? I think we changed the display
20  format for large elections. We had one election that
21  had 200 plus candidate possibilities, and the initial
22  way things were being displayed, it wasn't showing up
23  esthetically. So we changed how that worked.
24      There has been no changing midstream of an
25  election. Each election that comes along may have a

Page 59

1       certain requirement that we may have to adjust, like
2       I said, the display properties of how the ballot is
3       displayed to the user, but again, from the core
4       standpoint, there really has been no -- there haven't
5       been any changes at all for how the system in and of
6       itself processes the information or presents it back
7       to the client.
8   Q.  Now, you've explained that you had a system that
9       you've used before, and you took AAA's requirements
10      and created a system, but did you go out and look at
11      any of the other kind of Internet voting companies or
12      mechanisms that were being used at that time?
13  A.  No, we didn't. I think part of the reason was that
14      at that time, there really weren't any. They're
15      certainly becoming much more frequent now, but six
16      years ago, this really was sort of a forefront
17      undertaking for the AAA, and electronic voting, there
18      really just wasn't much to go on, which is, I think,
19      why we undertook it was because we could -- you know,
20      we could be one of the forefronts for this.
21  Q.  What language is the system, the 2004 system?
22  A.  Again, the 2004 system is pretty much the same as it
23      is now. The Internet language is done in HTML, using
24      what's called ASP, which is an Active Server Page.
25      It's a Microsoft I'm going to say sort of pseudo

Page 60

1       language. It's more of like a scripting -- scripted
2       language that Microsoft deals with. The interactive
3       voice response units are written in also sort of a
4       scripted language, which is made by a company called
5       MasterVox. I think the company's name is MasterMind
6       Technologies. The product is MasterVox.
7   Q.  Has your system ever been, I guess, reviewed by an
8       independent, like election certification company or
9       something of that nature?
10  A.  No. Oddly enough, it's hard to get somebody to do
11      that. It's also very expensive, but it's hard for a
12      company to try and get that sort of a certification.
13      Again, the certification process for electronic is
14      not readily available. Now, you can certify your
15      process for mail ballot situations, but again, I
16      think the laws for electronic voting are kind of few
17      and far between. So I don't think there's a lot of
18      companies out there that will certify because they
19      don't know what they're certifying yet.
20  Q.  Okay. When you were talking about the fire walls for
21      the system, could you tell me, I guess, what type of
22      fire walls were in place for the 2004 election? Is
23      there a manufacturer? Is there a type, a level, a
24      grade?
25  A.  I don't know specifically. I certainly don't know

Page 65

1 knowledge of where things are, what -- where they are
2 located, where they are stored and how the
3 information that's in there corresponds to any of the
4 other information.
5 Q. Okay. The lines from you -- from the database to the
6 web server, dedicated lines?
7 A. It is not a dedicated line. It does go through the
8 Internet, but again, the relationship from the two
9 machines is a trusted one. So that the database will
10 respond only to requests that are being made by the
11 web server using this particular protocol, and that's
12 how it determines that if a request is made using
13 this protocol, that it has to come from this machine
14 or from the address of this machine that it knows
15 ahead of time and vice versa. It also has to get
16 through those fire walls based on that trusted
17 relationship.
18 Q. Other than the SSL, any other programs or mechanisms
19 in place to protect the information from the client
20 to the web?
21 A. Only SSL, and whatever mechanism each client may have
22 installed, which obviously, could be anything or
23 could be nothing. The local security is really
24 dictated by that user. If they're overly protected,
25 then they'll be overly protected.

Page 66

1 Q. Okay. You read a lot about Trojan horses, remote
2 access control. With those types of potential
3 threats out there to Internet security, those would
4 be threats that would have to be handled by the
5 client computer?
6 A. Well, they're handled in all three locations, both
7 the web server and the database server which we --
8 and I use the word "we" collectively meaning AAA and
9 Get-A-Geek. We have control over those things. We
10 maintain that all the security updates and patches
11 are applied as they're available. Once any sort of
12 operating system flaw's noted and there's a patch
13 available, it's applied. So the machine itself is as
14 protected as any other machine, and the same holds
15 true with the AAA web server. Although I'm speaking
16 for them in that regard, I am 100 percent certain
17 that their level of security, in terms of virus
18 protection and things like that, is at that level.
19 The client, on the other hand, is the unknown. Like
20 I said, they can have a ton of protection, or they
21 could have no protection, but the protection that's
22 afforded at the web server and then again afforded at
23 the database server provides protection to the data
24 that if for whatever reason the client machine has
25 some sort of infection that could be a potential risk

Page 67

1 to these other two machines, if it is preventable,
2 then these machines will have that prevention
3 installed.
4    So the data is the last step in the line.
5 So it would have to fail -- it would have to not be
6 eradicated at the web server side before it gets to
7 the database. It would not have to be eradicated at
8 the client. So it actually has three steps it has to
9 fail before it actually gets to the physical data.
10 The other benefit is because it's a relatively
11 proprietary system, generally speaking, the viruses
12 and Trojans and things like that that are in the
13 Internet these days are relatively generic, and to
14 have something as targeted as -- targeted
15 specifically to this database or this data is
16 virtually unheard of.
17 Q. Okay.
18 A. Somebody would have a very specific malicious intent,
19 which we have not seen, obviously, but the targeted
20 mechanism in order for a Trojan or something to
21 specifically sit there and look at election traffic
22 and know that it's looking at election traffic, the
23 chances of that would be very, very remote.
24 Q. Okay. Can I have that?
25 A. Sure.

Page 68

1    (WHEREUPON, the Reporter marked the
2    document referred to as Deposition
3    Exhibit No. 2 for identification.)
4 Q. I just want to talk through pretty quickly what the
5 user sees in the election. We're talking very
6 specifically about the 2004 election. Before we go
7 on, did the system change in any way from the first
8 election to the run-off election?
9 A. No, I don't believe it did. Now, like I said, the
10 change we made to the SSL framing, I don't exactly
11 remember when that was. I don't remember if it was
12 between the first one and the second one. I know it
13 was partly in response to complaints or concerns from
14 the APA. Again, it may not have been this election
15 at all. It may have been one following that. I
16 don't exactly recall. But the time difference
17 between the two elections was, I think, only about
18 three weeks, and there were no significant changes,
19 if any at all, made between those two.
20 Q. Okay. So if I say the 2004 election, the same
21 information would hold true between --
22 A. Yes.
23 Q. Okay. How did the voter get the information, to the
24 best of your knowledge, for logging in?
25 A. They receive a mailed ballot with voting instructions

17 (Pages 65 to 68)

Page 69

1 on them. The ballot has instructions for using the
2 IVR system, as well as the web system. The ballot
3 also contains their personal identification number
4 that's generated by the AAA. We don't actually
5 generate those numbers, and the ballot then has a
6 sample of what the ballot actually is.
7 Q. Did you personally or your company play a role in
8   creating the mail-out?
9 A. No.
10 Q. Did you provide snapshot pictures of what the
11   computer page would look like, if that was included?
12 A. Today, you mean?
13 Q. No. In the information that was sent out.
14 A. No. No. Actually, it's the other way around. They
15   developed the ballot, and we create the system to
16   mimic the ballot.
17 Q. Okay.
18 A. In terms of look and feel. It doesn't always work
19   out that way, just because the ballot on a piece of
20   paper can function a lot easier layoutwise than it
21   can on HTML. But for the most part, the web portion
22   mimics the ballot, and the ballot is created first.
23 Q. Authentication of the voter, how did that take place?
24 A. It's a two-step process -- actually, it's a
25   three-step process. The user is required to enter in

Page 70

1 their union ID, which in the case of this is APA, and
2 a personal identification number that's provided to
3 them by the AAA, and they enter that, and there's a
4 button there. They press "Submit." Then the system
5 verifies that the PIN number matches the union that
6 they're voting on, so that there is a PIN number with
7 that. It says, "Okay. Let's go to the next step."
8 Q. When you say -- I don't mean to interrupt, but when
9   you say, "the system," is that your system that's the
10   database, or is it AAA's system at the web server?
11 A. It is both. The processing in and of itself, the
12   logic behind it exists here. The data that it's
13   using to verify that information exists here. So the
14   two machines do work in conjunction with one another
15   in the fact that the web server takes the information
16   the client entered, says, "I want to verify that this
17   is correct," sends the information to the database to
18   say, "Look this up to see if it exists." The
19   database comes back and says it does exist or doesn't
20   exist, and then this says okay to the client, "let's
21   move on" or "let's not move on."
22 Q. The pins and the employee identification numbers, is
23   that information, to the best of your knowledge,
24   stored in the web browser?
25 A. No. It is only stored here (indicating).

Page 71

1 Q. It is only stored in the database?
2 A. That's correct. It's a physical two-step process.
3   It first verifies that the PIN number exists within
4   the realm of that union ID, and if it does, will then
5   prompt the user for their employee identification
6   number. That is in the case of APA. If it does not
7   exist at that point, it comes back and says that the
8   PIN number that they entered is invalid. It gives
9   them three attempts to do that. Once they've
10   attempted the third time, if they attempt the fourth
11   time, it says that you've exceeded the number of
12   attempts, and they physically have to close the
13   browser and start over.
14       Again, it's another deterrent for
15   automated systems because if it fails three times, it
16   won't do it anymore until the browser is physically
17   closed and brought back to that address. If it does
18   find that match, then it prompts for, again, the user
19   identification number -- or the employee
20   identification number, and then verifies that that
21   employee identification number matches the PIN number
22   that they had entered previously. If those two
23   pieces of information are correct, then it assumes
24   that you are the right person. The process of that
25   type of validation is probably the best mechanism

Page 72

1 because it is a piece of information that you've been
2 given and a piece of information that you know and a
3 piece of information we know so that we're not giving
4 you both pieces of information to put in. We give
5 you one, and you give us one. We both know what it
6 is. If it all matches, then we're good.
7 Q. Okay. How is the voter information stored in the
8   database? Is it just a file, a series of names?
9 A. It's a series of records. What accompanies that
10   information varies from client to client, but
11   typically, it is the person's name, usually their
12   address because they receive mail ballots. In the
13   case of APA, their employee identification number.
14   This particular election contained also their
15   domicile information so that they could track, you
16   know, the voting results by domicile and their
17   personal identification number. That information is
18   all stored separately in one table. Like I
19   brought -- this is a somewhat stripped down version
20   of this information. Again, this is a unique
21   identifier that is assigned by us when we enter the
22   information. It's a completely internal number.
23   This number is not known by anybody but me -- or by
24   us, I should say.
25 Q. When is that number assigned?

Page 73

1  A. It is assigned when I actually physically import the
2     data into the database. It's automatically generated
3     by the database. It's a sequential number. It's
4     unique for the entire population within that database
5     regardless of how many records are in there. And it
6     is -- like I said, it is an internal number that once
7     the person has been identified, this number is the
8     only reference to that person going back and forth on
9     the Internet. So the PIN number is no longer used in
10    context. The employee ID number is no longer used in
11    context. It's this number, and again, this number is
12    only known in the confines of the database. AAA
13    never gets that number, nobody ever gets that number.
14    It's all kept internal. That is the internal
15    reference number that the system uses to know who
16    that person is.
17         The PIN number, again, that's assigned by
18    AAA. There's the name, the employee identification
19    number and then the domicile. There's other pieces
20    of information that we store along with this, when it
21    was imported, by what mechanism it was imported,
22    whether it was manually added or imported. Again,
23    the address information, I think is probably
24    associated with this. They were pretty good at that.
25    That's pretty much it.

Page 74

1  Q. Did you make a copy for us to take?
2  A. Yeah. These are your copies. You get this and
3     electronic versions.
4  Q. I don't want to put all 152 pages, but I'd like --
5     since we're referencing, to have at least one of the
6     pages marked as the Deposition Exhibit 3.
7  A. Now, like I said, this one is actually for the
8     run-off election. I also have the same one. It's
9     not the same list. It's the list appropriate for the
10    regular election, as well.
11         (WHEREUPON, the Reporter marked the
12         document referred to as Deposition
13         Exhibit No. 3 for identification.)
14         MS. JABERG: So for clarification,
15         Exhibit 3 is Page 1 of 152 of the
16         document you're referring to specific
17         to the run-off election in 2004?
18 A. Yeah. This is just the example of what I pulled up
19    here. I also have the same type of list for the
20    regular elections.
21 Q. Okay. The unique identifier number, you have a list
22    of numbers, and it's obviously, what, six digits?
23 A. Actually, it is many more than that, possible. It's
24    just -- at this point, this is how many it got to be.
25 Q. Are those numbers in sequential order and are the

Page 75

1     names in alphabetical order generally?
2  A. It depends. It depends on what order the data came
3     to me in. If it was in alphabetical order in the
4     source data -- and this apparently was. This was in
5     order by last name -- this number is assigned
6     sequentially as each record is imported. So if it
7     were in PIN number order, it would be in that
8     sequential number.
9  Q. Who has access to this information?
10 A. Myself and Chris LaRose.
11 Q. Okay. Anyone with access to that information before
12    it was loaded onto your computer?
13 A. The actual member list, I can't tell you. I get it
14    from the AAA. So, apparently, they had access to it.
15    But where it came from prior to that, I don't know.
16    Usually, I can see, you know, on the E-mail I get or
17    whatever, that says this is where it came from or
18    whatever, but sometimes I don't. In the case of
19    this, I don't know.
20 Q. The information that came to you from the AAA would
21    be the PIN number, the name, the employee
22    identification number, the domicile, and then you
23    said the other information that might have been
24    attached?
25 A. Yeah. The address information.

Page 76

1  Q. Okay.
2  A. It undoubtedly came as a spreadsheet, I would think.
3  Q. Okay. Once you input the data, so now you have this
4     152 pages for the run-off election, and you have the
5     unique identifying number and the PIN numbers and
6     the -- do you download that information onto printed
7     form?
8  A. No.
9  Q. It's always just stored electronically?
10 A. I only did this for you.
11 Q. Okay. If I were sitting in your office at home and
12    you were pulling up the information, what would I
13    see? A list that looks like that (indicating)?
14 A. It would look very much like this (indicating).
15 Q. Could you access that list from a remote location?
16 A. Yes. That's what I do. Because I live in
17    North Carolina and the data is actually in New York,
18    I actually access that remotely. Again, I can do
19    that because my machine at home is trusted through
20    the mechanisms in the office in New York, and
21    specifically my machine and Mr. LaRose's machine can
22    get to that information. From the outside world,
23    that information doesn't even exist. It's not
24    visible at all to the outside world.
25 Q. If you weren't on your computer, if you were at

Page 77

 1    Starbucks on one of their computers, is there a
 2    mechanism in place that would allow you to access
 3    that information?
 4 A. No. I would have to be on my machine in order to get
 5    to it because the address of my machine is what's
 6    recognized through the system up there.
 7 Q. Okay. Did your system have a way of logging attempts
 8    to vote?
 9 A. Yes. I brought that.
10         (Pause in proceedings.)
11 A. There are, again, two interfaces, both the Internet
12    and the IVR, interactive voice response, both of
13    which have an attempts rate and a vote rate. The IVR
14    is relatively simple to see because you dial a phone
15    number, it doesn't result in a vote, and that's
16    pretty easy. The web hits are a little more
17    difficult to track because if you refresh the page,
18    that could be considered another hit. So it's not
19    quite as specific as the IVR because, obviously, you
20    have to physically make another phone call in order
21    for it to be recognized as another hit, but showing
22    these -- and this is for the run-off -- there were
23    5,612 hits and those hits resulted in 4,684 physical
24    votes. So the difference between that is almost
25    1,000 hits.

Page 78

 1    Again, a hit may also -- with the
 2    Internet, a hit may also be considered a search
 3    engine coming and indexing that site. It doesn't
 4    know the difference at this point because a hit is
 5    just asking for that page. So it's difficult to say
 6    what that 1,000 extra hits are. All we know is that
 7    those 1,000 hits did not result in anything
 8    significant.
 9 Q. I see you have listed here votes after ineligibles
10    and vote before ineligibles. How were the
11    ineligibles removed from the list? I'm jumping ahead
12    but --
13 A. The ineligibles towards the end of the election,
14    usually a day before, we receive a list of basically
15    the same list with people who have been removed. So
16    the second list is smaller than the first list, and
17    what I do is I take that second list, and based on,
18    in this case, the employee identification number
19    because the second list does not have PIN
20    information. It only has the employee ID number.
21    Based on the employee ID number, which is assumed to
22    be unique, then that is compared to what we already
23    have. Those that are not in the second list are
24    deemed ineligible, and any votes that have been cast
25    by those that have been deemed ineligible are also

Page 79

 1    marked as ineligible.
 2 Q. So you have to -- so it's a pool of votes sitting out
 3    there and you got to pool the voters who voted those
 4    votes, and you get a second list, and now that list
 5    doesn't have as many votes. So you have to go back
 6    in and say, "Here's the pool of vote. Now I've got
 7    to extract the votes from the people who are now no
 8    longer on the list"?
 9 A. Exactly.
10         MS. PARKER: Okay. We should go ahead and
11    mark this as Exhibit 4, and it's Page 1
12    of 1. It reads, "APA National
13    Election - Runoff, hits VS Votes."
14         (WHEREUPON, the Reporter marked the
15    document referred to as Deposition
16    Exhibit No. 4 for identification.)
17 Q. What did the voters see when they went on to cast
18    their vote? I know you talked about the three-part
19    screen with the side and the head. What was actually
20    in that middle section? What were they seeing? What
21    were they clicking?
22 A. They get a screen. Now, in these particular
23    elections, for the national election they had three
24    offices. So they had president, vice-president and
25    secretary-treasurer. If I recall correctly, in that

Page 80

 1    middle box -- just to clarify, this up at the top
 2    only had a graphic, the AAA's graphic. This along
 3    the side had the title of the election they were
 4    voting for right here, which would have been the APA
 5    national election for president, vice-president,
 6    secretary-treasurer, I think was the actual name of
 7    the ballot. Once they were validated, it would bring
 8    them to a screen that would have, I think at the top
 9    and then -- I don't know that these were actually
10    outlined like this, but then it would have the first
11    office president, vice-president and
12    secretary-treasurer, and candidate, candidate,
13    candidate, candidate, candidate. However many there
14    were. (Indicating)
15         It would say, "The following pilots
16    are" -- let's see if I can remember it. It's always
17    the same. "The following pilots are candidates for
18    the office of president for the APA national,"
19    whatever. Then it would say their names, and then it
20    would say, "Please vote for only one candidate."
21    Then it would list each candidate and say, "Yes, I
22    vote for Captain Ralph Hunter. I vote for Mark
23    Hundau," whatever. Say for this one and this one.
24    All three offices were visible on the screen at one
25    time. They would select whichever one they wanted,

Page 85

1  A. Well, I didn't print that, but the vote -- are you
2     talking specifically the vote record?
3  Q. Yes.
4  A. A ballot based on the number of candidates that are
5     selected, each candidate or each office can have a
6     number of vote records. So if you voted for three
7     different candidates, there's going to be three
8     individual vote records, and that record has a date.
9     Initially, during the life of the election has the
10    associated member ID number, has the office ID. So
11    if it's president, that has its own ID number. So it
12    has an ID number for the office. It has an ID number
13    for the candidate, and that's pretty much it. I
14    mean, it has some other things. If it were a
15    write-in, it would have what you typed in for the
16    write-in, but in the context of the APA, it's a
17    member number, candidate number -- or member number,
18    office number and a candidate number.
19 Q. What you're calling the member number, is that the
20    unique identifier?
21 A. That's the unique identifier.
22 Q. And all of that is stored in a database?
23 A. In a separate table from the members themselves.
24 Q. Okay. Is that list included on the CD of how that
25    list would look?

Page 86

1  A. It's not specifically in that format. I did bring --
2              (Pause in proceedings.)
3  A. This one is the list of -- this doesn't correspond to
4     the vote record much at all, but this is a list of
5     the people who voted. It doesn't tell you how they
6     voted because at this stage of the game, we can't
7     tell you that anymore because the link between those
8     two pieces, this and the vote, are gone. The -- but
9     this is a list of who voted. I just generated the
10    PIN and the name and then their eligibility status at
11    the end of the election. The vote list itself I did
12    not bring that. (Indicating)
13 Q. Okay. Could you talk a little bit about the "Change
14    Vote" feature?
15 A. Sure.
16 Q. How did it work?
17 A. If someone cast a vote, they could come back at a
18    later time and change their vote. When they would
19    log in, the system would come up and say we -- "You
20    have previously voted on," and it gave you the date,
21    and it would say, "Would you like to change your
22    vote," and you would have to press "Submit," and you
23    would go in. Now, on the website, it would actually
24    show you what the previous vote was, and some people
25    did use it to verify the fact that they had voted the

Page 87

1     way they wanted to.
2  Q. Would it show you -- sorry to interrupt. Would it
3     show you the same screen that you talked about before
4     where it had all four candidates but three of them
5     were gray?
6  A. No. It would bring you to this initial screen with
7     the check boxes. If you actually said, "I want to
8     change my vote," it would bring you back to this
9     screen with the check boxes, with the one that you
10    had checked previously, and you would have to uncheck
11    that one, check a different one and press "Submit."
12    Then it would go through the same process. It's
13    exactly the same. The only difference would be is it
14    would have things filled in where you had already
15    voted. But it did notify you that you had voted
16    previously before. It would just bring you to that
17    screen. The IDR, on the other hand, if you had voted
18    previously, would tell you that you had voted
19    previously, but it would not tell you how you voted
20    previously.
21 Q. I had a question, and it just completely went whoosh,
22    right out into thin air.
23 A. I think it is important, and I'm sure it's been
24    mentioned, that the "Change Vote" feature is an
25    option. It can be turned off and turned on based on

Page 88

1     what the client has requested. With regard to these
2     particular elections, it was physically requested
3     that they be able to change the vote. Subsequent to
4     these elections, they no longer have that option -- I
5     mean, they have the option, but they don't exercise
6     the right to use it. This was not something that we
7     imposed on them. They actually requested the ability
8     to be able to do it.
9  Q. Did the system record any information in terms of
10    where the vote came from?
11 A. To some extent, yes. We record -- from the web, we
12    record the source IP address. As I had mentioned
13    before, every computer has its own unique address.
14    So every hit is also recorded with the IP address of
15    who's making that request. The drawback to that is
16    that there are a number of instances where that
17    address is shared amongst many people because you can
18    have a central computer within your office that all
19    your internal traffic is routed through, and when you
20    go to a site somewhere in cyber space, it's that
21    central computer's address is what gets marked on the
22    far end. Same thing holds true when you go and use a
23    service provider like AOL. They have a certain block
24    of addresses, and those addresses can be used by, you
25    know, millions of people.

Page 89

1     So it's not 100 percent accurate, but it's
2 accurate enough from our perspective to be able to
3 see if an abuse situation may be occurring. If we
4 have hundreds and hundreds of requests coming from
5 the same IP address, it certainly raises red flags
6 and, you know, causes us to do some further
7 investigation. Now, it may turn out to be that it's
8 one of these where it's a central computer and people
9 are voting from an airport terminal or something like
10 that, in the case of pilots, but to this point, we
11 have never had an incident where it has even raised a
12 red flag, let alone forced us to go and investigate a
13 problem. Now, we do spot-check it, and we certainly
14 check to make sure that things are as they should be,
15 but we never had that sort of a situation. The same
16 holds true on the telephone side is with the caller
17 ID situation, we can track what number the phone call
18 comes from.
19 Q. How long is that information saved for?
20 A. Currently, forever. We have not destroyed any
21    information.
22 Q. Where is that saved, I guess, in this system because
23    you have the list that you showed me that we marked
24    Deposition Exhibit 3, and you said there was other
25    information out there but it wasn't here.

Page 90

1 A. Right.
2 Q. Would that other information include the web address?
3 A. Absolutely, yes. The call log information, which we
4    call the call log information, which records the
5    initial hit and has that web address information is
6    also there, is stored there. It's -- again, in and
7    of itself, it's in a separate table. That
8    information isn't necessarily associated with the
9    vote. It's not associated with a member. It's its
10   own entity.
11 Q. Okay. Any mechanism in this system which would allow
12    you to determine that someone was logging in as
13    someone other than themselves?
14 A. No. I mean, because in order to log in to the
15    system, you have to have the correct personal
16    identification number and the employee ID number that
17    matches. The assumption from the system standpoint
18    is if you have those two pieces of information,
19    you're you. There's nothing on our end that can
20    specifically say you aren't the one that's supposed
21    to have that information, but if you have it, you're
22    valid as far as we know.
23 Q. Does the system keep a record of who specifically
24    changed their vote?
25 A. We do. I brought that list.

Page 91

1 Q. Okay.
2         (WHEREUPON, the Reporter marked the
3         document referred to as Deposition
4         Exhibit No. 10 for identification.)
5 A. This list shows the date, their employee ID and their
6    name, and all of the members -- and actually, this
7    one is for the regular election, of all the members
8    that changed their vote at least once. A change is a
9    change. If you change it 50 times, we just see it as
10   a change. So the date on this is the last date of
11   the change.
12 Q. But there's a record here of that. I believe there's
13    only four pages. It's listed here with the employee
14    identification number.
15 A. Uh-huh.
16 Q. Is that how it was stored in your database?
17 A. It's actually stored on that same record as the
18    member information. There's just a flag that says
19    changed, yes or no with the date.
20 Q. So the unique identifying information is also --
21 A. It is. I just printed this -- this list here because
22    I think this was actually a list that I had printed
23    for -- in response to something else. So I just
24    reprinted it for this.
25 Q. Okay. When was the link -- well, there's an

Page 92

1     assumption in that question. As I understand you in
2     explaining the system, there's a link. I assume
3     there has to be between the voter and the vote so
4     that you can go in and remove the ineligibles; is
5     that right?
6 A. Uh-huh.
7 Q. Okay. And to allow people to change their vote; is
8     that correct?
9 A. Uh-huh.
10 Q. You have to say "yes" because she's taking it down.
11 A. Yes.
12 Q. When is that link broken?
13 A. Once the official certification has been issued, I
14    remove the link off of the voting record, which is
15    the link is that unique identifier. So once the
16    official certification has been done, the link, the
17    unique identifier -- the member's unique identifier
18    is removed from the vote.
19 Q. How is the vote certified?
20 A. AAA does that.
21 Q. Okay. You just provide the data, and they tell you
22    everything is okay or not okay?
23 A. Exactly.
24 Q. How does the system change without the "Change Vote"
25    feature?

Page 93

1  A.  If they don't have the "Change Vote" feature, then
2      when they log on the second time or a subsequent
3      time, the system comes up and says, "You have
4      previously voted on" whatever date. "You are unable
5      to change your vote," and that's it.
6  Q.  Okay. I asked you about whether or not the system
7      could determine if the person putting in the PIN
8      number and the employee identification number was
9      actually the person who should be using that
10     information.
11 A.  Uh-huh.
12 Q.  Is there a way to design a system that would let you
13     know that information?
14 A.  No, because there's no guarantee that you are who you
15     say you are right now. I mean, you've given me a
16     business card and you've given -- you know, I've seen
17     your identification, but I don't know that you really
18     know that you are who you say you are. So even in
19     the physical realm, there's no guarantee. We do the
20     best we can in providing mechanisms for thwarting any
21     sort of wrongdoing. There is no absolute guarantee,
22     as with -- like I said, with any situation.
23 Q.  You made a comment right before we started, and I
24     want to go through some of the materials that I sent
25     you, but you made a comment about your system being

Page 94

1      as secure if not more secure than what's out there.
2  A.  Uh-huh.
3  Q.  I'm interested in knowing why you think that's so.
4  A.  Well, a lot of this is covered in the response to the
5      Serve Report, but with a mail ballot, there are
6      certain risks. I mean, even let's take something as
7      grand as the national presidential election. There
8      are risks at every step of the process, and
9      obviously, the larger the process, the more risk
10     there is because there are certainly more steps that
11     it goes through. Part of our system is its
12     minimalism in that it has a very specific task.
13     That's all it does. It doesn't do anything else. It
14     eliminates a lot of the interim steps that a regular,
15     let's say, mail ballot system would go through.
16         In a mail ballot system, this one set
17     aside a little bit because they do generate the
18     ballot, physical ballot, but getting that ballot
19     back, you have the postal service that you have to
20     deal with. You have your local mailbox that you have
21     to deal with. That ballot goes to, obviously, some
22     central location where somebody physically has to get
23     that ballot and, providing that you have filled out
24     your ballot correctly and put it back in the
25     envelopes correctly, and that person who is receiving

Page 95

1      those ballots is on the up-and-up and they do what
2      they're supposed to do with the ballot, and then the
3      person that records the vote is doing what they're
4      supposed to. So you see all these steps that even
5      just a regular mail ballot must go through.
6          We tend to eliminate a lot of those steps
7      in that one of the only big factors that we can't
8      control is that you are filling it out correctly, and
9      we try to impose some restrictions on the system in
10     order to force you to fill it out correctly. If
11     you're going to take the time to fill it out, we're
12     going to try to make sure you fill it out correctly,
13     which you don't have in place on a mail ballot. You
14     could check five boxes on the mail ballot, even
15     though you're only supposed to check one. We keep
16     you doing that, but on a mail ballot, then your vote
17     is just invalid at that point, and it's just chucked
18     out. So we try to impose those types of things.
19         In terms of security, there's nothing to
20     say that the ballot, when you return it, isn't
21     intercepted. There isn't something to say that the
22     ballot you return isn't mutilated or otherwise
23     compromised on its return. It doesn't happen often,
24     but it does happen. Again, there's nothing to say
25     that the person collecting the ballots is not

Page 96

1      influenced in some way to lose a few ballots or
2      something like that. I mean, there's a myriad of
3      things that, even in a mail ballot situation, could
4      occur that we just don't deal with in the electronic
5      realm because nobody is touching the information.
6      You put your vote in, and it's there. Nobody does
7      anything with it until we report on it at the end.
8          Again, with the APA, they do get a
9      physical ballot in the mail that includes their
10     instruction sheets and the personal identifying
11     number, and again, that process is the same for this
12     system as it would be for a regular mail system, but,
13     I mean, that in and of itself again has risks.
14     Somebody could intercept that and get your PIN
15     number. All they need now is your employee ID
16     number. They could vote your ballot for you.
17         So from a risk standpoint, like I said, we
18     have -- as an electronic system, I think we have
19     eliminated a large number of middlemen types of
20     processes, thereby reducing the amount of risk that's
21     involved. Now, does it impose risk by doing it over
22     the Internet? To some extent. But it doesn't -- I
23     don't believe that it imposes any risk that's greater
24     than what's already out there in terms of a mail
25     ballot. I mean, we're not increasing your risk. We

24 (Pages 93 to 96)

064

**Page 101**

1  Q. Mr. Hayes met with you at your home to discuss the
2     system that was used in the 2004 APA officer
3     elections; is that correct?
4  A. He did, yes.
5  Q. Okay. Are his notes from that interview an accurate
6     reflection of your comments about the 2004 APA
7     system?
8  A. As best as I recall after reviewing it, it is
9     accurate.
10 Q. Okay. Even if you can't recall exactly what you
11    conveyed to him, are his notes in terms of how the
12    system is designed, are those all accurate?
13 A. It is. There was no -- there was nothing within this
14    report that is different from what I actually just
15    explained here today.
16 Q. Okay. Any parts in there that gave you pause that
17    made you think, "Well, okay. That's generally what I
18    was saying. Maybe I wouldn't have said it quite that
19    way"?
20 A. I'm just glancing through it.
21 Q. Take your time if you want to look over that.
22           (WHEREUPON the witness reviewed
23            Exhibit No. 5.)
24 A. I believe so. I believe everything is accurate.
25    There does not seem to be anything that jumps off the

**Page 102**

1     page as erroneous.
2  Q. Okay. There's a follow-up interview conducted in
3     April of 2005. It was via telephone with Jolyn
4     Underwood as the investigator. You've seen that
5     document?
6  A. I did see it. This is again one of the ones that --
7           MS. PARKER: It's two pages. We'll mark
8           that as Deposition 6.
9           (WHEREUPON, the Reporter marked the
10          document referred to as Deposition
11          Exhibit No. 6 for identification.)
12 Q. Are the statements contained in those notes an
13    accurate reflection of how the system worked in the
14    APA elections in 2004? Please don't feel rushed. We
15    have enough time for you to look through those.
16          (WHEREUPON the witness reviewed
17           Exhibit No. 6.)
18 A. Okay. It does seem correct.
19 Q. I'm going to run through these very briefly, just so
20    that some of the statements are on one record for me
21    to read through.
22 A. Okay.
23 Q. I guess most of this has already been explained when
24    we had the system explained, but I just want to
25    verify. Two separate databases within the database

**Page 103**

1     that was present in New York. Would that be
2     accurate?
3  A. Yes. The terminology more accurately is two tables
4     within the database as a whole.
5  Q. Okay. With the database really being the server and
6     then information within that?
7  A. Absolutely. The container, yes.
8  Q. Okay. And one of those databases, we have something
9     that looks similar to what's been marked as
10    Deposition Exhibit 3 with a unique identifying
11    number, PIN number, name and employee identification
12    number?
13 A. Yes.
14 Q. Okay. And in the other database, we have something
15    that's a unique identifying number and the vote --
16 A. Unique identifying number of the member. A unique
17    identifying number of the office for which the
18    candidate is running, and a unique identifier for
19    that candidate. That is considered a vote for that
20    candidate.
21 Q. Okay. And you -- well, let's just back up. Who all
22    would have access to those two tables of information
23    within the database?
24 A. Myself and Chris LaRose.
25 Q. Okay. And in that particular election, members were

**Page 104**

1     allowed to come back in and change their votes up
2     until the close of the election?
3  A. That is correct.
4  Q. In order to be able to do that, the unique
5     identifying number would have to link who the voter
6     was and who they voted for, for you to be able to go
7     in and change -- or for the system to allow the vote
8     to change?
9  A. That, and to apply ineligibility at the end, that
10    link. Those need to exist.
11 Q. Okay. And that link is broken after the election is
12    certified?
13 A. That's correct.
14 Q. Okay. The report notes where there were some
15    instances where new PIN numbers had to be created.
16    When the new PIN numbers were created, did you go
17    back in and remove the old PIN numbers from the
18    system?
19 A. Yes. Providing that it was not an unknown duplicate.
20    If it was someone who was on the original list, I
21    would actually locate that member record and change
22    the original PIN number so that the original PIN
23    number was no longer there. If it was someone that
24    was new all together, then that record was manually
25    added at the end of the list.

## Page 105

1  Q. Have you ever spoken with any part of the APA
2     leadership or membership?
3  A. No.
4  Q. Not before or after the 2004 elections?
5  A. No.
6  Q. The password -- it notes that during the election,
7     that you provided a password to Jeff Zano that
8     enabled him to monitor the progress of the election.
9     What access did that provide to Zano.
10 A. It provides him visual tabulation. It's essentially
11    this, what you see here that shows the office, the
12    candidate, the current number of votes. There is
13    also -- they can see the number of votes that are
14    coming in each day as a total for that day. There's
15    a variety of charts that are available that breaks
16    down this information and just visually breaks it
17    down into bar charts just so you can kind of get a
18    very quick look at where things stand.
19 Q. Okay. Actually, when you say, "this," we should mark
20    this. We're talking about the "APA National Election
21    Voting Results (Uncertified)" --
22 A. Uh-huh.
23 Q. -- "Page 1 of 1." We'll mark that as Deposition
24    Exhibit 7.
25 ///

## Page 106

1       (WHEREUPON, the Reporter marked the
2       document referred to as Deposition
3       No. 7 for identification.)
4  Q. Did your system have an ability to see how many
5     times, if any, Mr. Zano came in to look at the
6     results?
7  A. No.
8  Q. I'm not going to go through all of this. I think it
9     is all information that we have gone through before.
10    There was another report of investigation. This one
11    from 2003.
12 A. Right. This would have been the first meeting, yeah.
13 Q. Okay. That report of -- that interview was also
14    conducted by Robert Hayes?
15 A. This was, yes.
16 Q. Okay.
17       MR. DEAN: Excuse me. Which number is
18       that?
19       THE WITNESS: 02288.
20       MS. PARKER: Let's go ahead and mark that
21       as Deposition Exhibit 8.
22       (WHEREUPON, the Reporter marked the
23       document referred to as Deposition
24       Exhibit No. 8 for identification.)
25 Q. You've had a chance to read over that document?

## Page 107

1  A. I did.
2  Q. Was it an accurate reflection of the conversation or
3     that interview?
4  A. Yes. And this interview actually was an information
5     gathering interview. I think the purpose behind this
6     was that the Department of Labor was actually trying
7     to figure out how to regulate these kinds of
8     elections. So I think this was more of an
9     informative type of interview. I don't believe it
10    dealt specifically with any given election, but I do
11    recall that interview, yeah.
12 Q. Okay. And Mr. Hayes's reflections on that interview,
13    although I understand you might not remember it since
14    this was 2003, but his notes on how the system worked
15    are accurate?
16 A. They appear to be, yes.
17 Q. Feel free to look through it. I want you to be
18    comfortable.
19 A. This actually was the first one that I looked
20    through. This is -- it is apparently accurate.
21 Q. Now, with all of these documents, you've used the
22    term "apparently." That's fine if that's as
23    comfortable as you feel going with the documents, but
24    I do want to give you the opportunity, and looking
25    through them again, if there are areas that you're

## Page 108

1     just kind of gray on and you don't necessarily want
2     to commit, I want to know what those areas are in the
3     documents. So if you want to look through them
4     again, you are --
5  A. It's fine. The only reason I say, "apparently" is
6     that, again, the first time I saw these documents was
7     just the other day when you sent me copies. I have
8     certainly read through them. I couldn't recite them
9     back to you, but to my recollection and from my
10    reading these, they do seem to be correct --
11 Q. Okay.
12 A. -- and accurate.
13       MS. PARKER: If you don't mind, I'd like
14       to take like a five-minute break just
15       to make sure that I know where I'm
16       going because we have about half an
17       hour left. I want to make sure I'm
18       finished. So let's take about five
19       minutes, and then we'll finish up.
20       THE WITNESS: Okay.
21       (WHEREUPON a recess was taken from
22       12:33 p.m. to 12:38 p.m.)
23 Q. I just want to make sure we have gone through all the
24    documents that you brought in response to the request
25    for documents.

Page 117

1    apparently, that shows the people who changed their
2    votes. When somebody goes in and changes their vote,
3    does the original vote remain recorded?
4  A. It does. All votes that have been submitted remain
5    within the database itself. The original vote is
6    marked as inactive, and the new votes are then
7    recorded.
8  Q. If someone goes in and revotes for the same person,
9    does the system make a report of that?
10 A. Yes. It would be considered two separate votes. It
11   doesn't know there was a difference between what you
12   voted before and voted now. It just says you're
13   changing it. So it marks the original ones as
14   inactive and then records the new ones.
15 Q. In the list that you provided, which I have not
16   reviewed, does it distinguish between people who
17   changed and voted for somebody else and somebody who
18   changed but revoted for the same person?
19 A. No, it doesn't. There's no mechanism -- again, once
20   the link is gone, there's no mechanism to say that
21   this set of votes and this set of votes are now
22   matched together because the link between them have
23   been removed. They are now just individual votes for
24   a candidate. They belong to the candidate, but they
25   have no member associated with them now.

Page 118

1  Q. So even the votes that have been marked as revote,
2    essentially, are just listed individually. They're
3    not together with the new vote?
4  A. Right. Once the certification is done, all of the
5    links between them are gone. So even the ones that
6    have not been revoked -- in the example of this where
7    you have three offices, during the election, you have
8    three votes that are associated with you. Once the
9    link is removed, those three votes are now completely
10   independent, and they have no link to one another. I
11   couldn't even tell you that you voted for each
12   candidate, let alone what you voted for.
13 Q. This linkability of the two databases, you use it for
14   dealing with these eligibility lists at the end. You
15   use it for the "Change Vote" feature. Is there any
16   other reason you have to use that linkability?
17 A. No.
18 Q. I thought I saw in one of the reports that there was
19   an occasion when you changed a PIN number or assigned
20   a new PIN number when it was necessary for you to
21   check and see if there had been a vote with the prior
22   PIN number and then pull it if there was. Is that
23   incorrect?
24 A. I did that, I believe, one time. It's not
25   necessarily a requirement. I think I could check to

Page 119

1    see if the person had voted only because that link
2    was available. Had it not been there and I said, you
3    know, "I can't tell you if they voted before," it
4    wouldn't have made a difference either way. Changing
5    the PIN for a particular person is done independently
6    from the voting structure. So I think it was -- I
7    think the issue was somebody wanted to know if they
8    had voted -- they wanted to know if they had voted
9    prior to changing the PIN to make sure this wasn't
10   somebody else just saying, "I need a new PIN number"
11   or something like that. They had part of the
12   information or not. The requests simply come to me.
13   I don't verify who the person is. I don't do any of
14   that. That's all done from the AAA standpoint. When
15   I get a request to do, let's say, a change to the PIN
16   or issue a new PIN, my assumption is all
17   verification, validation of who that person is and
18   that they should be getting it has already been done.
19        The mechanism for recording whether a
20   person has voted or not is actually -- there is a
21   mark on the member record of itself that says you
22   voted, which is also how we can also determine that
23   you had changed your vote after the fact. We note
24   that you did vote on the member record. We don't
25   keep how you vote, just that you voted and then -- so

Page 120

1    the link between those, I could say yes, we know this
2    person did vote. I couldn't tell you who they voted
3    for or how they voted, but they did vote once the
4    election has finished, but during the election, that
5    link is there, and I could actually go to the vote
6    records and say, "This person did vote. It's a
7    complete ballot," or whatever if I needed to. I've
8    never had to do that other than to determine the fact
9    that yes, there are some vote records that exist for
10   that person.
11 Q. Okay. Just so the record is clear -- and I realize
12   as you're speaking that I am not clear. We've
13   identified these two databases. We'll call one the
14   member database and the other the vote database.
15   Now, in the member database, you've indicated that at
16   the beginning of the vote, the information in that
17   database for each member is the member, this unique
18   identifier that is sequentially assigned, an address,
19   by which you mean their mailing address?
20 A. Mailing address.
21 Q. Domicile?
22 A. For some elections, yes. Certainly for APA.
23 Q. A domicile, an employee ID number, and those are the
24   categories that are listed on what is Deposition
25   Exhibit 6, which is Chao-02005. It's this list

| U.S. DEPARTMENT OF LABOR | REPORT OF INTERVIEW |
|---|---|
| OF LABOR-MANAGEMENT STANDARDS | |

Jon Ohmann, Director of Software Development for GetAGeek, Inc., who resides at 2527 King Arthur Drive, Monroe, NC (Tel:212/655-9581) was interviewed at his home and provided the following information.

GetAGeek, Inc. contracts with the American Arbitration Association (AAA), located in New York City to provide telephone and internet based elections for labor unions. They have been doing this for about two years, doing both officer elections and contract ratification elections for several unions, mostly involved with the airline industry. GetAGeek, Inc. built and operates the computer system that handles these elections. Ohmann does this work from his home in North Carolina. The actual computer that handles the elections is located in Seattle WA. It used to be located at GetAGeek headquarters in New York City, but after 9/11/01 they moved it to Seattle for security reasons.

The elections can be run either on the internet or on telephones, or both. They can also have as many safeguards, passwords, and other personal information as the customer wishes to have. Most require just one or two pieces of information. The APA Miami election that they recently conducted required the voters to produce an employee indentification number (EIN) and a personal identification number (PIN). The EIN was a six digit number that the union provided to AAA. The AAA then contracted with a printer who produced a notice of election, and voter instructions that was mailed to all members. While the printer was producing the letters, he created the PIN and informed each member of his number. The printer then electronically gave AAA the list of PINs and they gave the information to Ohmann.

Ohmann's computer program has two separate databases. One contains each member's name, EIN and PIN. The other database contains the ballots. In GetAGeek, Inc., only Ohmann and one other person know the passwords to get into the data bases. The other person has the information, only so that he can take over if Ohmann dies or becomes otherwise disabled. When a member wishes to vote by computer, he goes to a designated web site and enters his EIN and PIN. That information is verified in the first database, and then he is given a ballot to complete. When he completes it, that information is stored in the second database. If a member comes back later to change his vote, he is again required to provide his EIN and PIN. Then he is shown his already completed ballot which he can change. A member can change his ballot as many times as he wishes, until the time of the tally. If a member chooses to vote by telephone, the same system is in effect. The only difference is that the member is lead through the process by a telephone voice prompt system. At the time of the tally, Ohmann calls up the election results and provides them to AAA. This shows how many ballots were cast and for whom. After AAA certifies the election (normally within 24 hours) Ohmann breaks the electronic link between the ballot database and the member database, and erases the member database. This permanently destroys the only record of who voted in the election, and how they voted.

EXHIBIT 8

| Interview Date: April 16, 2003 | Date Dictated/Written: April 16, 2003 |
|---|---|
| Location: Monroe, NC | Date Transcribed: N/A |
| Investigator Robert A. Hayes  R. Hayes | Case File: N/A |

document is the property of the Office of Labor-Management Standards is not to be disclosed to unauthorized persons.

068

OLMS-12
August 1999

Case 4:05-cv-00338-Y   Document 25-4   Filed 05/05/06   Page 17 of 17   PageID 137

RI – John Ohmann.
April 16, 2003
Page 2 of 2

Ohmann stated that he is not sure how the election process works from the AAA perspective. He acknowledged that they receive the EIN and PIN for each member, but he does not know if they keep a copy of the information, or how they may safeguard it. If a person were to get hold of that information, he could fraudulently cast or change any number of ballots. This would probably not be detected. If he did that on a very large scale however, this activity may be noticed. If the system detects larger than expected activity, it may produce a report. Similarly, Ohmann may also notice that a larger than expected number of votes are coming from one particular place. Whenever a vote is made or changed, the computer records the IP address. This information will record the country and Internet Service Provider (for example AOL) that the person was using. The Internet Service Provider has records that will connect the IP address to an individual subscriber. The computer program also keeps record of every time a member comes into the system and what changes were made. Ohmann has never done it, but he could run a computer check to determine if the vote changes overwhelmingly favored one candidate or another. Ohmann acknowledged that all of this data is normally destroyed one day after the election when AAA certifies the election and he erases the member database.

Ohmann also acknowledged that if requested he could easily produce a record of the names of all members who voted in an election. He has never been asked to do this however. He also admitted that he could also produce a list at any time during the election process of all of the members who have voted to date. He recalls only one time that he was requested to produce such a list. He frequently produces data during elections showing how many members have voted, broken down by date or location without identifying the members. In fact, he always provides AAA with a website address and a password that allows them to monitor the election while it is in progress, which shows them the election results to date. Ohmann does not know if the AAA shares the password, or the resulting information with union officers or candidates. The AAA's password does not give them access to the members' database, so they can not tell who voted in the election. Only Ohmann is able to access that information.