# APPENDIX 4

# Excerpts from Deposition of Richard Moyed

# Page(s) 070-088

1    has been the same.  I'm not aware of any changes AAA

2    has made to that system, but I -- I have to add that

3    when APA adopted electronic voting it was before my

4    time with APA.

5        Q.    Okay.  And when did you begin with APA?

6        A.    I started with APA in June of 2002, and it

7    was -- sometime later that year; I don't remember the

8    exact point that I took over as Election

9    Administrator.

10       Q.    To your knowledge, was there a complaint

11   filed by a Mark Hunnibell challenging the 2004

12   National Officer elections?

13       A.    Yes, there was.

14       Q.    Okay.  And to your knowledge, what was the

15   substance of that complaint?

16       A.    That's an extremely difficult question to

17   answer because Mark Hunnibell's complaint was huge.

18   He had many, many, many different allegations on

19   that, and -- and I'm going to be honest, it's been

20   almost two years since this.  I cannot recall every

21   -- every single allegation that -- that he made

22   there, but there were several.

23       Q.    Do you recall whether there was an

24   allegation with respect to ballot secrecy for the

25   2004 National elections?

1      A.   Yes.  I -- I recall that he -- that that
2   was one of his allegations.
3      Q.   Do you recall the nature of his allegation
4   with respect to secrecy?
5      A.   Well, generally speaking, I think he was
6   saying that there was an identification between the
7   -- that -- that a voter's vote somehow somebody could
8   determine how a voter voted, or who they voted for.
9      Q.   Was that allegation in a timely complaint
10  to the APA following the election?
11     A.   I do not recall, because what I do recall
12  is is that Mr. Hunnibell filed a timely complaint and
13  -- and timely under our Constitution and Bylaws would
14  be within ten business days after the conclusion of
15  the election or the runoff election, if there is a
16  runoff.  Subsequent to that ten-day period, Mr.
17  Hunnibell filed two subsequent -- what he labeled as
18  supplemental complaints, and I do not recall which of
19  those three complaints this allegation was contained
20  in.
21     Q.   Okay.  I'm going to hand you a document, a
22  couple of cover pages, and then it's numbered through
23  page 69.  Would you identify that document for us?
24     A.   This was the decision of the APA Appeal
25  Board on -- well, it's -- it's addressed to two

1      Q.    who generates the employee number?

2      A.    That is a number generated by American

3   Airlines.

4      Q.    So it's not the APA employee's number;

5   it's an American Airlines employee's number?

6      A.    Yes.  And we use the same numbers in our

7   database.

8      Q.    who has access to employees, employee

9   numbers, for American Airlines?

10      A.    I can't answer that completely because I

11   do not know who at American Airlines has access to it

12   is.  I can tell you who within APA would have access

13   to that.

14      Q.    Please.

15      A.    Essentially any member in good standing

16   would have access an employee's number because you

17   can do a member lookup on the web site and that would

18   -- on a private side of -- member side of the web

19   site, and that would supply the -- share the employee

20   number.

21      Q.    So any APA member in good standing could

22   look up another APA member's employee number?

23      A.    On the web site, yes, ma'am.

24      Q.    On the web site.  Okay.  Could

25   administrators for the APA look up an employee's

1     they've been out on an extended sick leave or

2     personal of leave absence; so that list that we send

3     to AAA on the day before the voting ends is the

4     up-to-date list of who is eligible to vote.

5         Q.     Okay.

6         A.     Whose vote should be counted.

7         Q.     Okay. When we talked a little earlier

8     about any member in good standing and -- from the web

9     site get another member in good standing's, employee

10     identification number, what Web site are we talking

11     about? The AP --

12              MR. HOFFMAN: I'm going to object to

13     the form of the question.

14         Q.     (BY MR. STEWART) The APA's or the

15     American Airlines?

16         A.     I do not know if there is an American

17     Airlines Web site that employee numbers are listed

18     on.

19         Q.     Okay.

20         A.     On the member side of the APA Web site,

21     that information can be obtained by another member.

22         Q.     Okay. What was the APA's expectation of

23     what the American Arbitration Association would do

24     with the information and the members list?

25         A.     It's a pretty, I think, wide-open

Case 4:05-cv-00338-Y Document 35-5 Filed 05/06/2006 Page 6 of 20 PageID 143

1  question, but I'll -- I'll try to answer it.  The
2  information as far as name and address was needed for
3  AAA to mail out voting instructions and personal
4  identification numbers.

5          The information concerning employee
6  I.D. is used because in the electronic system there's
7  two pieces of information a voter needs to put in and
8  that's the employee I.D. and the personal
9  identification number that's assigned by AAA.

10         As far as domicile goes, that's
11 primarily in the nomination round of voting is -- is
12 -- is needed because the election for the nomination
13 round the top three candidates in each domicile get
14 to move on to the next election, so you need to look
15 at each domicile, plus we report voting, the results
16 not only in a National Officer election not only for
17 the total votes for the -- for the entire membership
18 but by domicile.

19    Q.   Okay.  When the American Arbitration
20 Association received the information that you
21 forwarded, to your knowledge, did they generate or --
22 they or any contractor that they may have used
23 generate their own unique number to attach to that
24 information?

25    A.   They or somebody they contracted with

1  electronically?

2      A.    I believe it was stored electronically.

3      Q.    Okay.  What's the basis of that, please.

4      A.    On information that was told to me by AAA.

5      Q.    Did the APA seek specific details from the

6  AAA or from Get-A-Geek in terms of how the

7  information would be stored by the contractors?

8      A.    I'm not sure I'm following your question.

9  I mean, what do you mean by specific information?

10      Q.    I asked you where the information for PIN

11  numbers were kept and you said you believed that it

12  may be in a database, at least that's what I

13  understood your answer to be.

14            So now I'm asking you what information

15  the APA solicited from its contractors in terms of

16  how information would be gathered and stored.

17      A.    Best I could answer that would be

18  representations of -- of made to -- made to us by AAA

19  that this information would be secured that -- and

20  through their use of their voting systems and their

21  two servers and everything that -- that was a secure

22  method and -- and that it complied with Federal laws

23  and regulations regarding the conduct of Union

24  elections.  I know that's not specifically answering

25  your question, but that -- that's -- we relied on

1    representations made to us by AAA or who's in this

2    business of conducting elections in this business.

3        Q.    And, again I asked, did they tell you

4    where that information would be stored?

5        A.    Physically stored?

6        Q.    Yes.

7        A.    No.

8        Q.    I want to back up and address an issue

9    that we talked about a little earlier.

10               You referred to the members-only side

11   of the APA's Web site.  How do members log in to that

12   portion of the APA's Web site?

13       A.    You go to the Internet and it's

14   www.alliedpilots.org.  That would bring up a public

15   page of the Web site.  On that page there's a member

16   sign-in and they would use their number and a

17   password that initially is assigned to the member by

18   the APA, but I believe can be changed by the member

19   later on.  It's just kind of similar if you do online

20   banking or whatever; you enter in a number and a

21   password.

22       Q.    Okay.  Could anyone -- regardless of where

23   the PIN information was actually stored, to your

24   knowledge, was there any voter identification num --

25   information also stored with that number?  I can

1   numeral No. IV in that letter?

2       A.    Decision by the APA Secretary-Treasurer to

3   allow members to change their votes.

4       Q.    Okay.

5           MR. HOFFMAN:  I assume we will get a

6   copy; when you enter something as an exhibit, the

7   Rules is that you give opposing side a copy of that

8   and usually at the time.

9           MS. PARKER:  You can take a look at

10  that letter, you're welcome to it.  But at the close

11  I'll make a copy of all the exhibits if you'd like,

12  although they will certainly be attached to the

13  transcript when it comes.

14      Q.    (BY MR. PARKER)  To your knowledge, was

15  one of the appendices -- we're going to have a copy

16  of this one made as well.  One of the documents

17  in the appendices attached to that letter, a February

18  11th letter from Debra Hall to you --

19      A.    I believe it was.

20      Q.    -- regarding this election?  Okay.  Could

21  you identify this document that's currently marked

22  Chao Exhibit 341?

23      A.    That is a letter to me dated February

24  11th, 2004 from Debra Hall of the Department of

25  Labor.

1    Q.   Okay.  And could you tell me -- you can
2    summarize or you're certainly welcome to read it, or
3    what the gist of the letter from Debra Hall to you
4    was?

5                MR. HOFFMAN:  I ob -- I object.  The
6    letter speaks for itself.

7                THE WITNESS:  She is alerting me to
8    what she terms a potential problem with allowing for
9    vote changes using a phone and Internet system.

10   Q.   (BY MS. PARKER)  Okay.  And to your
11   knowledge, Mr. Hunnibell included that letter with
12   the com -- July 1st, 2004 challenge to the election?

13   A.   I believe he did.

14   Q.   Okay.  And what's the basis of that
15   belief?

16   A.   The basis of my belief is, number one,
17   that exhibit that you just handed me is labeled as a
18   Hunnibell exhibit and my memory from the time of the
19   filing of the complaint.

20   Q.   Okay.  Now, to vote in the 2004 APA
21   National Officer elections -- and when I say the
22   Officer elections, I'm speaking of both the election
23   and the runoff election.

24                So let me ask you:  Was there any
25   difference in the process for voting in the original

1  before the election, we send to AAA the list of

2  eligible voters.  How that works, technically, in the

3  AAA system; that's beyond my knowledge.  I probably

4  wouldn't understand it anyway.

5      Q.    And I don't understand it.  But I'm not

6  certain your response answered the question, and it

7  could just be how I asked the question, so I'm going

8  to try to rephrase the question.

9               What I want to know is, to your

10  knowledge, the system that was used in 2004 was

11  capable of linking a specific voter with the specific

12  vote cast by that voter?

13      A.    Well, I know there's a system for

14  identifying whether a vote cast by a voter is from an

15  eligible voter.  I do not know that there's a

16  connection between once that eligible voter is -- is

17  defined as an eligible voter that they can determine

18  what -- how that voter voted.  That -- that part I

19  don't know.

20      Q.    Okay.  To determine whether an eligible --

21  to remove an eligible -- the ineligible voter's vote,

22  to your knowledge, would the system have needed to

23  know how that ineligible voter voted?

24      A.    To my knowledge, I don't believe the

25  system would need to know how the ineligible voter

1   voted to remove that ineligible voter's vote.

2        Q.    Okay.  To your knowledge, the system did

3   not need to know that?

4        A.    To my knowledge.

5        Q.    Okay.  The voting system also had a change

6   vote feature; is that correct?  And we're talking

7   about the voting system used in the 2004 National

8   Officer elections, APA's.

9        A.    Yes, that is correct.

10       Q.    Okay.  And to change a vote, what

11  information did a voter need?

12       A.    The same information that I testified to

13  before about what the voter would need to vote in the

14  first place.

15       Q.    Okay.  Could you just go ahead and let me

16  know what that information is?

17       A.    Well, they would need to know either -- if

18  they're voting by telephone they would need to know

19  what phone number to call, they would need to know

20  their employee number, they would need to have their

21  personal identification number that AAA issued to

22  them.  In voting by the Internet they would need to

23  know what web site to go to, the web address, they

24  would need to know the identifier to put in -- to get

25  to the APA National Officer election, and they would

1   need their employee number and personal

2   identification number.

3       Q.   Okay.  Now, when a voter changed his or

4   her vote in the 2004 National Officer elections,

5   would, to your knowledge, both votes be counted

6   towards the total votes?

7       A.   Both votes.  Are you referring -- when you

8   say both votes to the original vote and the changed

9   vote?

10      Q.   Yes, sir.

11      A.   No, the only vote that would be tallied

12  would be the last one he entered.

13      Q.   Okay.  So to your knowledge, the original

14  vote cast would have to be removed from the pool of

15  votes; is that accurate?

16      A.   I'm not sure how that technically

17  happened, but if a voter went in on day one and voted

18  for voter A and then went in on day three and voted

19  for voter B, the system's going to count his vote

20  that he made on day three and not on day one.

21      Q.   So although you don't know the technical

22  details, do you know in some way -- and when I say I

23  don't know -- taking the representations that you

24  made, but I understand you to say that, you know, in

25  some way that original vote is removed.  Would that

1    be accurate, or is gone?

2         A.    The original vote is not counted.

3         Q.    Okay.  To your knowledge, how does the

4    system used by APA in the 2004 National Officer

5    elections keep track of what the original votes were?

6         A.    I do not know.

7         Q.    Okay.

8         A.    I mean, I don't know how it works

9    technically with the telephone and Internet voting

10   system.

11        Q.    But in using or selecting a contractor, it

12   was the APA's purpose that, however they do it,

13   they'd figure out a way not to count votes that have

14   been changed.  Would that be accurate?

15        A.    Well, they would -- as I said before, the

16   last vote made by that voter would be counted.

17        Q.    Did the APA seek any details with respect

18   to the election system to help it feel confident that

19   ineligible voters' votes would be able to be removed?

20        A.    The APA acted and relied upon

21   representations that were made to us by AAA that with

22   APA providing AAA with the eligible voter list that

23   they would be able to have the system where only the

24   votes of the eligible votes would be counted.

25        Q.    Okay.  And what confidence did you receive

MELBA D. WRIGHT, C.S.R.
DOLORES STEWART & ASSOCIATES
(817) 810-0244

1  from AAA that they would be able to accurately tally
2  the election notwithstanding the changed vote
3  feature?

4      A.    I'm not sure I understand your -- your
5  question.  If you can maybe rephrase it or repeat it.

6      Q.    I can.  I can.  It would be important for
7  APA to ensure that each vote gets counted.  Would
8  that be correct?

9      A.    Each vote from an eligible voter, yes.

10     Q.    And it would be important for the AAA to
11 ensure that each vote from an eligible voter is
12 accurately counted.  Would that be true?

13     A.    Accurately counted meaning that if the
14 voter voted for candidate A that it reflects --
15 candidate A would get at that vote?  Yes.

16     Q.    Yes, yes.  And it would be important, I
17 would assume, for there to be assurances that if a
18 voter came and changed his vote from candidate A to
19 candidate B that that change would be accurately
20 reflected in the final tally.  Would that be --

21     A.    The -- the vote would -- in the
22 hypothetical that you just gave, the vote would be
23 counted for candidate B in that voter.

24     Q.    And then I'm asking what assurances, if
25 any, was given to the APA that that could happen in

1    the 2004 elections.

2         A.    Best I can say to that is AAA represented

3    to us that it could be done.

4         Q.    Okay.  Did you specifically discuss with

5    the AAA this change vote feature?

6         A.    Did I specifically --

7         Q.    No, I meant --

8         A.    -- address that to APA?

9         Q.    I'm talking to you.  I said APA.  Yes.

10        A.    APA discussed the -- at that time with --

11   with AAA in that we wanted that feature, and they

12   assured us that it could be done.  The next time, to

13   my knowledge, of when it was discussed was the

14   receipt of the letter from Ms. Hall.

15        Q.    Okay.  Now, without getting into any

16   technical aspects of the system, we know that voters

17   cast a vote and the AAA, either itself or through its

18   contractor, had that information, had the information

19   on the ballot regarding what vote was cast.  Does

20   that make sense?  I can -- I can try to rephrase it.

21        A.    No it doesn't because I'm not sure when

22   you're saying that information what you're referring

23   to.

24        Q.    Uh-huh.  A voter voted in the 2004

25   elections, correct?  But let's just say random voter

Case 4:05-cv-00338-Y RICHARD MOYED Filed 08/05/06 MARCH 128 of 20 2006 PageID 154

1        Q.    Okay.  And when you say the system

2   complies with Federal rules, did the APA rely on the

3   AAA's representation that it complied with the

4   Federal rules, or did the APA say these are the

5   Federal rules as we understand it; your system needs

6   to meet these requirements?

7        A.    We relied on representations by the AAA.

8        Q.    Okay.  Okay.  Let's talk about -- I

9   understand you don't know the details about how these

10  servers worked.  To your knowledge, did the APA's

11  contractors have stored in whatever manner, written,

12  electronic, in a database, that we don't know where

13  that database exists, did those contractors have the

14  names of voters for APA?

15       A.    Yes.

16       Q.    Did they have the employee identification

17  numbers for APA voters?

18       A.    Yes.

19       Q.    Did they have personal identification

20  numbers for APA voters?

21       A.    Yes, but -- and I just want to go on the

22  rec -- APA did not.

23       Q.    Okay.  But we're talking about the

24  contractors now.

25       A.    Yes.

085

1      A.    They were addressed to -- to AAA.

2      Q.    Okay.  Could you tell me what assurances

3   AAA gave the APA?

4      A.    Well --

5      Q.    -- to address the concerns that are

6   referenced in that letter?

7      A.    Upon receipt of this letter, I forwarded

8   this letter to Jeff Zaino of AAA and I called Mr.

9   Zaino to talk about this letter and this subject, and

10  Mr. Zaino assured me that the system that they use

11  was in compliance with the LMRDA and -- and

12  regulations and that, in fact, people from AAA had

13  had conversations with Labor Department officials

14  concerning this and there was no problems raised, and

15  that Mr. Zaino would contact Ms. Hall to discuss this

16  matter with them, and I never heard another thing

17  about it since then.

18     Q.    Okay.  So if I understand your testimony,

19  you received the letter, you spoke with Mr. Zaino,

20  Mr. Zaino assured to AAA that its system complied.

21  Was there any additional follow-up?  I know you said

22  you didn't hear anything.  Did the APA do any

23  additional follow-up with respect to the concerns

24  addressed in that February 11th letter before the

25  2004 APA National Officer elections?

Case 4:05-cv-00338-Y   Document 25-11   Filed 03/06/2006   Page 19 of 20   PageID 156

1    A.    There was something in your question that

2 was wrong, but again, I'll just -- I called Mr. Zaino

3 of the AAA and he assured me that the system was

4 within the law and regulations, that there had been

5 prior discussions with Labor Department officials and

6 that he would be talking with Mr. Hall -- Ms. Hall,

7 I'm sorry, Debra Hall.  I assumed that Mr. Zaino

8 would do as he said he would do and would get back to

9 me if there were any further problems.  I never heard

10 back either from Mr. Zaino or from Ms. Hall or for

11 that matter from anybody else from the Department of

12 Labor.

13    Q.    So you don't know whether Mr. Zaino

14 actually followed up with Debra Hall?

15    A.    Well, I --

16    Q.    I'm talking about knowledge now that the

17 APA has.

18    A.    I do know that now that he did follow up

19 with Debra Hall.  That he did do as he represented to

20 me that he would do.

21    Q.    Were any changes suggested by the APA to

22 the AAA in response to the concerns raised in the

23 letter?

24    A.    Did the APA -- I want to make sure I

25 understand your question.  Did the APA suggest any

087

1    changes --

2         Q.   Yes, sir.

3         A.   -- to AAA?

4         Q.   Yes, sir.

5         A.   With -- when I spoke with Mr. Zaino, I

6    asked him if there was something we needed to change

7    because of this letter and all that, and -- and he

8    told me that there was not.

9         Q.   Okay.  Was it the APA or the AAA's

10   decision to use a change vote feature?

11        A.   It was the -- it was the APA's decision to

12   use the change vote feature and that decision was

13   based upon representations made by AAA that the

14   change vote feature could be used and still be in

15   compliance with Federal law and regulations.

16        Q.   Okay.  To your knowledge, would -- strike

17   that.

18              To your knowledge, were there any

19   concerns voiced by APA members regarding the change

20   vote feature prior to the 2004 National Officer

21   elections?

22        A.   Not to my knowledge.

23        Q.   Okay.  So to your knowledge, were there

24   any concerns expressed by APA voters regarding the

25   change vote feature after the election?