# APPENDIX 6

# Excerpts from Deposition of Mary Alice Cahir

# Page(s) 090-093

14:39   1   A.   Yes.

2   Q.   And could you identify it for the record.

3   A.   It's a memo for Henry Roach, investigator,

4   Miami resident office, from Robert Hayes, investigator,

14:39   5   Nashville district office, concerning the American

6   Arbitration Association telephone and Internet voting

7   procedures, and it's dated April 16th, 2003.

8   Q.   And among other people, you were copied on

9   this -- this exhibit?

14:40   10   A.   Yes.

11   Q.   Exhibit 44?

12   A.   Yes.

13   Q.   Now, do you know how it is that the DOL was

14   talking to AAA in 2003 about the electronic -- how

14:40   15   did -- do you know how that came -- how that arose?

16   A.   I think I do.

17   Q.   Okay.

18   A.   I believe, prior to this contact, we had a

19   case involving the Miami domicile election of APA,

14:41   20   Allied Pilots Association, and that Miami domicile

21   election was conducted by AAA using telephone Internet

22   voting.

23   Q.   Okay.

24   A.   That issue was not a part of the complaint

14:41   25   that was before us.   There were no allegations

090

14:41  1  concerning the voting procedures used in that election,
       2  but the investigator's antennae, I guess you would say,
       3  rose in connection with those procedures, and he
       4  wanted --

14:41  5        MS. PARKER: I'm actually going to have
       6  to stop the witness and maybe we need to go out and --
       7  and confer.
       8        MR. HOFFMAN: Whatever you'd like.
       9        THE WITNESS: Okay.

14:41 10        MR. HOFFMAN: I mean, it is in the middle
      11  of an answer, but I'm a -- I'm a decent guy. So -- go
      12  ahead.
      13        (Off the record at 2:41 to 2:43.)
      14        MR. HOFFMAN: Now, the pending question

14:43 15  was: How is it that in 2003 that the Department of
      16  Labor was looking into the Internet/telephone voting
      17  system of the AAA. I don't know that the witness was
      18  filled -- finished with her answer.
      19      A. Well, we had the Miami domicile election that

14:44 20  didn't involve the procedures but had the procedures.
      21  Roach had some questions about them and asked for the
      22  person who was located near Mr. Ohmann to interview him
      23  about his procedures.
      24      Q. (BY MR. HOFFMAN) Okay. I mean, clarify for

14:44 25  me -- you said that the Miami domicile didn't have the

16:46 1     Q.   (BY MS. PARKER)  What makes the Department of
2 Labor, in a general -- at a general level, decide to
3 challenge an election versus not?
4     A.   Okay.  First we have to establish that there
16:47 5 was a -- a violation of ballot secrecy.  Then the
6 presumption is that a violation of ballot secrecy may
7 have affected the outcome of the election.
8     Now, through -- if through our
9 investigation it's determined that the violations of
16:47 10 ballot secrecy were identifiable and confinable and we
11 can quantify and be confident in our quantification
12 that the extent of the violation of ballot secrecy only
13 may have affected so many votes and that number of
14 votes is less than the vote margins, then in -- in that
16:48 15 situation, where we can quantify and feel confident
16 that the violations about secrecy were isolated and
17 quantifiable, we may not seek to set aside an election
18 because we don't have the second component of may have
19 affected outcome.
16:48 20     Q.   And the case at hand, the 2004 APA national
21 election, was the department able to quantify the
22 number of ballots that may have been -- where secrecy
23 may have been affected?
24     A.   The department considered the entire election
16:48 25 affected because all of the votes cast within the

16:48   1  system where there was a lack of secrecy may have been
        2  affected. There was no way to quantify or isolate
        3  individual violations of lack of secrecy because the
        4  whole system equaled the definition of not being a
16:49   5  manner in which a person expressing his choice could be
        6  identified with his choice.
        7           Also you have the maybe what, 3,000
        8  members who did not vote, they were aware of the change
        9  vote feature, which could have led them to believe that
16:49  10  if they voted, their name would be connected with their
       11  vote to allow them that opportunity to go back in and
       12  to change it. So you also have even those people who
       13  didn't participate in the election, some of whom may
       14  have been affected.
16:49  15       Q.  There was a lot of discussion about mail
       16  ballot voting. What types of evidence would you expect
       17  to see if there was tampering of mail ballot votes?
       18       A.  What kind of evidence? Well, first we'd do it
       19  like a chain of custody, interviewing postal officials
16:50  20  if it was a -- an election through the postal service.
       21           We would interview observers who were
       22  present at different stages of the process, and we
       23  would do document examinations of the -- the ballots
       24  and the envelopes.
16:50  25           If it was done by postal reply mail,