# APPENDIX 8

# Excerpts from Defendant's Response to Plaintiff's First Set of Request for Admissions

# Page(s) 113

8. In the 2004 APA national officer election, the remote internet voting system required the voters' personal identification numbers.

RESPONSE:

Admitted.

9. In the 2004 APA national officer election, the remote internet voting system required the voters' employee identification numbers.

RESPONSE:

Admitted.

10. Both the personal identification number and the employee identification number were required to log into the remote internet voting system.

RESPONSE:

Admitted in part. More information than the two numbers was necessary to log on to the system.

11. Voters in the 2004 APA national officer election could log into the remote internet voting system using any computer with internet access.

RESPONSE:

Admitted.

12. In the 2004 APA national officer election, when a vote was cast over the internet, the remote internet voting system assigned a randomly generated number to the voter's name.

RESPONSE:

Denied.

13. In the 2004 APA national officer election, the randomly generated number referenced in Request for Admission No. 12 was saved with the voter's