IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ELAINE L. CHAO                          §
                                        §
VS.                                     § CIVIL ACTION NO. 4:05-CV-338-Y
                                        §
ALLIED PILOTS ASSOCIATION               §

## ORDER DIRECTING RESPONSES

Pending before the Court is non-party movant Allied Union Services ("AUS")'s Motion for Leave to be Added to Case as *Amicus Curiae* (With Yona Rozen as Local Counsel) and File *Amicus* Brief [doc. # 32], filed June 14, 2006.  Having reviewed the motion, the Court concludes that responses are necessary.

Therefore, **both** Plaintiff and Defendant shall file responses to AUS's motion no later than **Thursday, July 6, 2006**.  Such responses **must**: (1) indicate whether each party would desire the opportunity to file a response to AUS's *amicus* brief; (2) inform the Court as to whether, if the right to file such response is desired, such response should or will be limited in scope; and (3) discuss the appropriate legal standard for evaluating AUS's motion.

Further, AUS may file a reply brief, if any, no later than **Thursday, July 13, 2006**.  Such reply brief, if filed, must also address topics (1)-(3), above.

SIGNED June 19, 2006.


TERRY R. MEANS
UNITED STATES DISTRICT JUDGE