UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELAINE L. CHAO, SECRETARY, UNITED STATES DEPARTMENT OF LABOR, <br><br> Plaintiff, <br><br> v. <br><br> ALLIED PILOTS ASSOCIATION, <br><br> Defendant. | § § § § § § § § § § § § § |

CASE NO. 4-05-CV-338-Y
ECF

## ORDER GRANTING ALLIED UNION SERVICES' MOTION FOR LEAVE TO BE ADDED TO CASE AS AMICUS CURIAE (WITH YONA ROZEN AS LOCAL COUNSEL) AND FILE AMICUS BRIEF WITH DECLARATION
(with special instructions to the clerk of Court)

Pending before the Court is Allied Union Services ("AUS")'s Motion for Leave to be Added as *Amicus Curiae* (With Yona Rozen as local counsel) and File an *Amicus* Brief with Declaration [doc. # 32], filed June 14, 2006. On June 19 the Court directed the parties in this cause to file responses to AUS's motion. The Court, having carefully reviewed the motion and responses, concludes that the motion should be and is hereby GRANTED.

Consequently, the clerk of Court is DIRECTED to add Allied Union Services as *amicus curiae* in this cause. Yona Rozen of Gillespie, Rozen, Watsky, Motley & Jones, PC, shall act as AUS's local counsel. Rozen is hereby granted LEAVE to electronically file on behalf of AUS an *amicus* brief and accompanying declaration within **three (3) days** of this order's issuance .

Signed this 13th date of July, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE