UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| HON. ELAINE L. CHAO ) | |
| SECRETARY, UNITED STATES ) | |
| DEPARTMENT OF LABOR, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 4:05-CV-338 Y |
| ) | |
| ALLIED PILOTS ASSOCIATION ) | |
| ) | |
| Defendant. ) | |

**ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE
TO FILE REPLY BRIEF TO PLAINTIFF'S RESPONSE TO *AMICUS* BRIEF**

Pending before the Court is defendant Allied Pilots Association ("APA")'s Motion for Leave to File a Reply Brief to Plaintiff Secretary of Labor's Response to AUS's *Amicus* Brief and to Establish the Date for Filing Same as August 25, 2006 [doc. # 44], filed August 11, 2006. Having carefully considered the motion and response, the Court concludes that the motion should be and is hereby GRANTED.

Consequently, APA is granted LEAVE to electronically file a reply brief to Plaintiff's response to AUS's *amicus* brief no later than **August 25, 2006**. Such reply brief may not exceed **five (5) pages** in length.

SIGNED August 16, 2006.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE