```
             IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF TEXAS
                      FORT WORTH DIVISION

HON. ELAINE L. CHAO              §
                                 §
VS.                              §    CIVIL NO. 4:05-CV-338-Y
                                 §
ALLIED PILOTS ASSOCIATION        §
```

### ORDER FOR TRIAL-SETTING CONFERENCE

The above-styled and -numbered cause has been set for a conference to be held in chambers, 201 U. S. Courthouse, Fort Worth, Texas, on **April 11, 2007**, at **10:00 a.m.**, at which time a trial date will be set. The Court's staff attorney will preside over the trial-setting conference. The parties shall be represented at the conference by their attorneys, who shall have the authority to agree upon a trial date. In that regard, the attorney representing each party shall be prepared to explain at the conference why any particular dates during the ensuing twelve-month period would not be suitable for trial, whether due to scheduling conflicts of the attorneys, parties, or witnesses, or for any other reason. Each counsel shall also be prepared to inform the Court's staff attorney of the title and file-date of any pending motions and responses thereto and the prospects for settlement. Since the conference will be held before the Court's staff attorney, oral argument on pending motions will not be heard.

No later than **April 5, 2007**, counsel shall **electronically** submit[1] to the Court a **joint** pretrial order containing all matters required

---

[1] Pursuant to the Order Designating Case to ECF filed on or after July 7, 2005, all proposed orders should be submitted according to the instructions contained in the proposed order event in the ECF filing system in Word or WordPerfect format.

by Rule 16.4 of the Local Rules of the Northern District of Texas. Plaintiff shall bear the primary responsibility for preparing and submitting the pretrial order, and Defendant shall cooperate fully in this process. Failure to timely submit the pretrial order will result in the imposition of appropriate sanctions against the attorney responsible for the delay. No additional pretrial orders need be submitted prior to trial.

The parties are advised that the Court may not have ruled upon the pending dispositive motions, if any, prior to the above-described conference.

**SO ORDERED.**

SIGNED February 9, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/be
**[revised 8-18-05]**