**ORIGINAL CASE FILE**

Mark L. Hunnibell
376 Black Rock Tpke
Redding, Connecticut 06896
Telephone: 203.938.7424
E-Mail: mark@hunnibell.net

April 2, 2007

Judy Smalling
Courtroom Deputy
District Judge Terry R. Means
501 W. 10th Street
Room 201
Fort Worth, TX 76102-3673
<u>Via Facsimile: 817-850-6677</u>



**RE: Pending Motion to Intervene in 4:05 CV 0338, Chao v. APA**

Ms. Smalling:

I just left you a voicemail on this subject, but I am seeking to file a Motion to Intervene in the above matter. I understand that the parties have filed a Joint Motion for Case Resolution on Friday evening and I would very much like to have my motion before the Court before ruling on the parties' Joint Motion.

I can transmit the motion and intervenor's complaint via e-mail (PDF) or fax, or both. If the Court requires a hard copy, the best I will be able to do is have it overnighted to arrive tomorrow morning.

I have attempted, unsuccessfully, to conference with the parties to comply with Local Rule 7.1, and will also be including a certificate to that effect.

Please contact me at my home number above as soon as possible with information regarding how I can make this filing properly and in time to be effective.

Sincerely,

/s/
Mark L. Hunnibell