IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| Honorable Elaine L. Chao, Secretary, ) <br> United States Department of Labor ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Allied Pilots Association, ) <br> ) <br> Defendant. ) | No. 4:05 CV 0338 Y <br><br> Judge Means |

### MOTION TO WAIVE ECF FILING

Mark L. Hunnibell respectfully moves to be granted waiver of the requirement to make future filings using ECF. Although I am confident that I could become qualified to file documents via ECF in this case, and am not opposed to becoming so qualified, it may be that the total effort needed to become qualified is greater than the total burden of not being qualified, and the lack of qualification will have little or no impact on the conduct of the case. I do have a PACER account and can obtain filings in that manner. To the extent that the case remains active, I would certainly not want to burden the court with manual filings and would take steps to become qualified to file ECF.

I am requesting a waiver, but am certainly amenable to the pleasure of the Court if my motion for waiver is denied.

Respectfully,

*[signature]*

Mark L. Hunnibell
pro se

Date: April 2, 2007

376 BLACK ROCK TPKE
REDDING CT 06896
TEL: 203 938 7424

1