IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HON. ELAINE L. CHAO, | § | |
| SECRETARY, UNITED STATES | § | |
| DEPARTMENT OF LABOR, | § | |
| Plaintiff, | § | |
| | § | CIVIL. NO. 4-05-CV-338-Y |
| v. | § | |
| | § | |
| ALLIED PILOTS ASSOCIATION, | § | |
| Defendant. | § | |

**JOINT MOTION TO STAY THE DEADLINE FOR FILING
A PRETRIAL ORDER, AND FOR CONTINUANCE
OF THE PRETRIAL CONFERENCE SETTING**

Plaintiff, Hon. Elaine L. Chao, Secretary, United States Department of Labor, and

Defendant, Allied Pilots Association (APA), jointly file this Motion to Stay the Deadline

for Filing a Pretrial Order, and for Continuance of the Pretrial Conference.  In support

thereof the parties would show the Court as follows:

On Friday, March 30, 2007, the parties filed a Joint Motion for Case Resolution in

the instant case.  The filing of this Joint Motion marked the completion of extensive

negotiations between the parties to resolve concerns arising from the 2004 APA National

Officer Election, and to reduce the substantial costs and risks associated with additional

litigation.  Having been able to reach this agreement, the parties have moved forward to

implement it so as to minimize any delays in the 2007 APA National Officer Election.

Today, April 3, 2007, Mark Hunnibell (Hunnibell), an unsuccessful candidate in

**Joint Motion for Stay of Pretrial Order Deadline
and Continuance of Pretrial Conference Setting - Page 1**

the 2004 election, filed a Motion to Intervene.  The Motion does not seek to challenge the settlement agreement in general, but rather attempts to usurp the authority of the DOL to even investigate to determine whether a particular election method complies with the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA" or "the Act").  *See* Motion to Intervene, pp. 2-3.  Because Hunnibell has decided that no electronic voting system can comply with the LMRDA, he seeks to intervene for the sole purpose of asking this Court to direct the DOL to use mail ballots in its supervision of the 2007 APA National Officer Election, regardless of any conclusions the DOL may reach in its investigation.

The parties believe that Hunnibell's Motion for Intervention is not well met, and will set forth their reasons in responses to that Motion.  At this time, however, the parties request that the deadline for filing a pretrial order be stayed, and the date for the pretrial conference continued, until such time as this Court has ruled on the motions currently pending before it.  This stay and continuance are not sought for purposes of undue delay, but rather to minimize the time and expense associated with preparing a pretrial order, and attending a pretrial conference, when the parties have successfully and fully resolved their dispute.

Accordingly, the parties respectfully move this Court to stay the deadline for filing a pretrial order, and to continue the pretrial conference setting currently set for Wednesday, April 11, 2007, until such time as the Court has ruled upon Hunnibell's

**Joint Motion for Stay of Pretrial Order Deadline**
**and Continuance of Pretrial Conference Setting - Page 2**

Motion to Intervene and the parties' Joint Motion for Case Resolution.

DATED this the   3rd   day of April 2007.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

s/Tami C. Parker
TAMI C. PARKER
Texas Bar No. 24003946
Assistant United States Attorney
Burnett Plaza, Suite 1700
801 Cherry Street, Unit 4
Fort Worth, Texas 76102
O: 817.252.5200
F: 817.978.6351

OF COUNSEL:
HOWARD M. RADZELY
Solicitor of Labor

KATHERINE E. BISSELL
Associate Solicitor, Civil Rights
and Labor-Management Division

SHARON E. HANLEY
Counsel for Labor-Management Programs

TAMMY R. DAUB
Attorney

SHERYL L. VIEYRA
Attorney

COUNSEL FOR PLAINTIFF
SECRETARY, DEPARTMENT OF
LABOR

s/ Sanford R. Denison ("with permission")
SANFORD R. DENISON
Texas Bar No. 05655560
Baab & Denison, LLP
Stemmons Place, Suite 1608
2777 N. Stemmons Freeway
Dallas, TX 75207
(214) 637-0750
(214) 637-0730 FAX


EDGAR N. JAMES*
D.C. Bar No. 333013
STEVEN K. HOFFMAN*
D.C. Bar No. 384696
DAVID P. DEAN*
D.C. Bar No. 437030
James & Hoffman, P.C.
1107 17th Street, N.W., Suite 510
Washington, D.C. 20036-4704
(202) 496-0500
(202) 496-0555 FAX

*Application for Pro Hac Vice Granted

COUNSEL FOR DEFENDANT
ALLIED PILOTS ASSOCIATION