# EXHIBIT A

```
            IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF TEXAS
                     FORT WORTH DIVISION
```

HONORABLE ELAINE L. CHAO      §
SECRETARY, U.S. DEPARTMENT    §
OF LABOR                      §
AND                           §
MARK L. HUNNIBELL             §      CIVIL ACTION NO.4:05-CV-338-Y
                              §
VS.                           §
                              §
ALLIED PILOTS ASSOCIATION     §

<u>ORDER ON JOINT MOTION FOR CASE RESOLUTION</u>

Before the court is the Joint Motion for Case Resolution (doc. #53), jointly filed by plaintiff Elaine L. Chao, Secretary, U.S. Department of Labor ("the DOL"), and defendant Allied Pilots Association ("Allied"), in which these parties propose to resolve the above cause of action in consideration of a Stipulation of Settlement (doc. #53, app. A). Plaintiff-Intervenor Mark L. Hunnibell ("Hunnibell") conditionally supports the Joint Motion of the DOL and Allied.

After considering the Joint Motion and response by Hunnibell, the Court hereby **ORDERS** that:

1. <u>its February 20, 2007, Order Denying Plaintiff's Motion for Summary Judgment is NOT vacated</u>;

2. <u>the Complaint in this case is NOT dismissed and the Court will maintain jurisdiction until at least such time as the 2007 APA National Officer Election is concluded with any and all protests conclusively resolved</u>;

3. <u>the Court will exercise its jurisdiction for the purpose of resolving disputes and protests, if any, that may arise in connection with the 2007 APA National Officer Election, and upon proper certification of the results of that election by the DOL, and will entertain a motion to enter a judgment approving those certified election results</u>;

4. <u>the Court has previously entered orders cancelling pending events on the Court's calendar, but will NOT remove this case from the Court's active docket until at least such time as the 2007 APA National Officer Election is concluded with any and all protests conclusively resolved</u>;

The preceding orders are based upon the stated grounds for the Joint Motion and the Stipulation of Settlement and, in consideration thereof, and responses thereto, the Court hereby **ORDERS** that:

5. Any and all disputes concerning the 2004 APA National Officer Election are resolved, and no further action will be taken with respect to that Election, pursuant to the following:

   a. The DOL will <u>make written appointment of a DOL investigator to</u> supervise the 2007 National Officer Election which is currently in progress;

   b. <u>The DOL will make every effort during its supervision to ensure that the Election is conducted in compliance with</u> the Labor-Management Reporting and Disclosure

2

Act ("LMRDA") 29 U.S.C. § 401, et seq. and, as lawful and practicable, in compliance with the APA Constitution and Bylaws.

    c.    The supervised 2007 National Officer Election will be conducted by mail ballot.

    d.    Prior to and including the date the election (or if necessary, runoff) ballots are tallied, any challenges and disputes concerning the conduct of the 2007 National Officer Election will be determined in the first instance by the DOL subject to review by the Court;

    e.    After the date the election (or if necessary, runoff) ballots are tallied, any challenges and disputes concerning the conduct of the 2007 National Officer Election will be determined in the first instance by the Court according to procedures that will be published by separate order developed according to the schedule ordered in paragraph 6 below;

    f.    At the conclusion of the Election, the DOL shall certify to this Court its results and its compliance with the LMRDA and the APA Constitution and Bylaws, subject to this Court's approval of that certification.

    g.    In view of the parties' efforts to resolve the disputes in this case, this Court will consider the motion to vacate its February 20, 2007, decision denying the DOL's Motion for Summary Judgment only after the 2007 APA National Officer

Election is concluded with any and all protests conclusively resolved;

    h.   Each party will bear its own costs, fees and expenses incurred in litigating this action.

    6.   With regard to this Court's procedures for hearing and deciding post-election challenges and protests, the Court **ORDERS** the parties to confer for the purpose of jointly proposing terms and procedures for this Court's adjudication of such issues. The parties are **ORDERED** to make a Joint Motion not later than **May 18, 2007** in which proposed terms and procedures shall be described. The Joint Motion may be no longer than 15 pages and may not contain any Exhibits or Appendixes. If the parties cannot agree on terms, the Joint Motion shall describe the nature of the disagreement and a summary of the positions of each of the parties. The Court shall consider the Joint Motion and will enter an order prescribing such protest terms and procedures no later than May 25, 2007.

**ORDERED** April \_\_\_, 2007.

 

                                              TERRY R. MEANS
                                              UNITED STATES DISTRICT JUDGE