IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| HONORABLE ELAINE L. CHAO SECRETARY, U.S. DEPARTMENT OF LABOR | § § § § § § § | CIVIL ACTION NO.4:05-CV-338-Y |
| VS. | | |
| ALLIED PILOTS ASSOCIATION | | |

ORDER DENYING MOTION TO INTERVENE

After review of the motion to intervene filed by Mark Hunnibell, the Court DENIES the motion (doc. #55) for the reasons stated in the responses filed by Secretary Elaine Chao and the Allied Pilots Association.

SIGNED April 24, 2007.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

TRM/flg