```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

| | |
|---|---|
| HONORABLE ELAINE L. CHAO §<br>SECRETARY, U.S. DEPARTMENT §<br>OF LABOR §<br> § | CIVIL ACTION NO.4:05-CV-338-Y |
| VS. § | |
| § | |
| ALLIED PILOTS ASSOCIATION § | |

<u>CONSENT DECREE AND ORDER</u>
(with special instructions for the clerk of Court)

The Court has before it the joint motion of Plaintiff Elaine L. Chao, Secretary of the United States Department of Labor ("DOL"), and Defendant Allied Pilots Association ("APA") for case resolution. The motion informs the Court that the parties have reached a settlement of this case. The Court held a hearing on the joint motion on May 29, 2007, in which the parties informed the Court that they do not object to the entry of a consent decree and order containing their settlement. The parties desire that the Court retain jurisdiction until the settlement agreement has been fulfilled. As part of the settlement agreement in this case, the parties ask the Court to vacate its February 20, 2007, order denying DOL's motion for summary judgment.

The following is the Consent Decree stipulated and agreed to by the parties:

1.   The DOL brought this action against the APA on May 27, 2005, pursuant to the Labor Management Reporting and Disclosure Act ("LMRDA"), seeking to overturn the results of the 2004 APA National Officer Election on the ground that that election, which made use

of the American Arbitration Association's remote Internet voting system, allegedly lacked the ballot-secrecy protections required by the LMRDA.

2. The DOL moved for summary judgment on May 5, 2006; and the APA filed an opposition to that motion. The Court denied the DOL's motion on February 20, 2007, and set the case for trial.

3. Both the DOL and the APA recognize that trial of this matter presents risks, uncertainties and further expense for both parties. Accordingly, the parties have negotiated the terms of this Consent Decree and Order as a mutual compromise and settlement of all disputed claims and defenses.

4. Because the parties have resolved all disputes concerning the 2004 APA National Officer Election, no further action will be taken with respect to that Election.

5. The DOL will supervise the 2007 APA National Officer Election, currently in progress, in accordance with Title IV of the LMRDA, 29 U.S.C. §§ 481, *et seq.*, and, insofar as lawful and practicable, in accordance with the Constitution and Bylaws of the APA.

6. Challenges to and disputes concerning the conduct of the 2007 National Officer Election will be determined in the first instance by the DOL, subject to review by the Court.

7. The Court will retain jurisdiction of this action and, after completion of the supervised election and if there are no

disputes or challenges concerning the conduct of the 2007 National Officer Election, the DOL will certify to the Court the results of the election and its compliance with the LMRDA and the APA Constitution and Bylaws.

8.  Upon the Court's approval of DOL's certification, the Court will enter a Judgment declaring official the results of the 2007 APA National Officer Election, dismissing this action with prejudice, and providing that each party to this action will bear its own costs, fees and expenses.

    Respectfully submitted,

    RICHARD B. ROPER
    UNITED STATES ATTORNEY

    s/ Tami C. Parker
    TAMI C. PARKER
    Assistant United States Attorney
    State Bar No: 24003946
    Burnett Plaza, Suite 1700
    801 Cherry Street, Unit 4
    Fort Worth, Texas 76102-6882
    Telephone: 817.252.5200
    Facsimile:  817.978.6351

    OF COUNSEL:
    JONATHAN L. SNARE
    Acting Solicitor of Labor

    KATHERINE E. BISSELL
    Associate Solicitor, Civil Rights
    and Labor-Management Division

    SHARON E. HANLEY
    Counsel for Labor-Management Programs

    TAMMY R. DAUB
    Attorney

        SHERYL L. VIEYRA
        Attorney

        COUNSEL FOR PLAINTIFF
        SECRETARY, DEPARTMENT OF
        LABOR


        <u>s/ Sanford R. Denison</u>
        SANFORD R. DENISON
        Texas Bar No. 05655560
        BAAB & DENISON, LLP
        Stemmons Place, Suite 1608
        2777 N. Stemmons Freeway
        Dallas, Texas 75207
        (214) 637-0750; (214) 637-0730 Fax

        Edgar N. James
        D.C. Bar No. 333013

        Steven K. Hoffman
        D.C. Bar No. 384696

        David P. Dean
        D.C. Bar No. 437030

        JAMES & HOFFMAN, P.C.
        1101 17th Street, N.W., Suite 510
        Washington, D.C. 20036
        (202) 496-0500; (202) 496-0555 Fax

        COUNSEL FOR DEFENDANT ALLIED
        PILOTS ASSOCIATION

Date: June 1, 2007

After review of the parties' joint motion, the Court GRANTS the motion (doc. #53).  The foregoing Consent Decree is ADOPTED by the Court as detailed above.  Further, the Court HEREBY VACATES its February 20, 2007, order denying DOL's motion for summary judgment (doc. #51).  The clerk of Court is DIRECTED to VACATE the Court's order denying DOL's summary-judgment motion.

SIGNED June 13, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

5