```
          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF TEXAS
                    FORT WORTH DIVISION
```

| | |
|---|---|
| HONORABLE ELAINE L. CHAO § | |
| SECRETARY, U.S. DEPARTMENT § | |
| OF LABOR § | |
| § | CIVIL ACTION NO.4:05-CV-338-Y |
| VS. § | |
| § | |
| ALLIED PILOTS ASSOCIATION § | |

<u>FINAL JUDGMENT</u>

It appearing to the Court that, pursuant to a consent decree and order of the Court on June 13, 2007, the following has occurred:

(1)  Defendant, Allied Pilots Association ("APA"), under the supervision of Plaintiff, Elaine L. Chao, Secretary, United States Department of Labor ("Chao"), held a national officer election and a run-off election that concluded on June 20, 2007.

(2)  Chao has filed a "Certification of Election" certifying the names of the candidates who were duly elected to their respective offices.  Therein, Chao certifies that APA's national officer election was conducted in accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (29, U.S.C. § 481 *et seq.*) ("LMRDA"), and, insofar as lawful and practicable, in conformity with the constitution and bylaws of the APA;

(3)  Chao has also filed the declaration of Cynthia M. Downing, Chief of the Division of Enforcement, Office of Labor-Management Standards, United States Department of Labor.  Downing states that an investigation into protests received during APA's national officer election found no violations of the LMRDA, and where there had been

potential violations, those violations had been remedied.

The Court, having considered Chao's motion for entry of judgment, is of the opinion that said motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the persons named in the Certification of Election filed by Chao in support of her motion for an entry of judgment are duly elected to their respective offices, and shall serve until the next regularly scheduled election of officers of APA;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this case be, and hereby is, DISMISSED WITH PREJUDICE, with each party bearing its own costs in this matter, including attorney's fees.

SIGNED September 12, 2007.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE